Robert A. Peterson (Bar No. 58008)
384 Forest Avenue, Ste. 12
Laguna Beach, CA 92651
Tel: (949) 376-6500
Fax: (949) 376-6522
Email: bob@rpetersonlaw.com

Attorney for Plaintiff Project E, Inc.

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DISTRICT

| | |
|---|---|
| PROJECT E, INC., a corporation, | Case No. C 07 2280 |
| Plaintiff, | |
| vs. | COMPLAINT FOR UNFAIR COMPETITION UNDER THE LANHAM ACT; UNFAIR BUSINESS PRACTICES; COMMON LAW UNFAIR COMPETITION |
| THE GAP, INC., a corporation, OLD NAVY, LLC, a limited liability company, | |
| Defendants. | |
| | DEMAND FOR JURY TRIAL |

Plaintiff Project E, Inc. alleges:

## NATURE OF ACTION

1.    This is an action for unfair competition under the Lanham Act, for unfair business practices under section 17200 of the California Business & Professions Code and for common law unfair competition.

///

-1-

## PARTIES

2.    Plaintiff is a corporation, duly incorporated and existing under the laws of the state of Georgia with a principal place of business in Atlanta, Georgia.

3.    Defendant The Gap, Inc. is a Delaware corporation with its principal place of business in San Francisco, California.

4.    Defendant Old Navy, LLC  is a Delaware limited liability company with a principal place of business in San Francisco, California.

## JURISDICTION

5.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1338(a) because plaintiff's claims arise under the trademark laws of the United States. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §§ 1338(b) and 1367 over plaintiffs claims that arise under the laws of the State of California.

6.    This Court has personal jurisdiction over the defendants because their principal places of business are in California.

## VENUE

7.    Venue is proper in this judicial district pursuant to 28 U.S.C, §1391 because defendants do business in this judicial district and some of the acts complained of herein have taken place in this judicial district.

## INTRADISTRICT ASSIGNMENT

8.    This is a intellectual property action.

## PLAINTIFF'S USE OF THE XX TRADEMARK

9.    Plaintiff is the exclusive licensee of the distinctive XX  trademark (the "mark") which is composed of two side-by-side stitched X's.  Plaintiff has used the mark in commerce since on or about January 2004.  There is an application pending to register the mark with the United States Patent and Trademark Office.

10.    Plaintiff sells among other things polo shirts and sweaters bearing the mark throughout the United States.

-2-

11.    Plaintiff has expended substantial sums of money promoting and marketing goods bearing the mark.

12.    By virtue of the extensive and continuous use of the mark by plaintiff and advertising, marketing and promotion of goods bearing the mark, the mark has developed significant consumer recognition and good will beyond its inherent distinctiveness and is recognized as an identifier of plaintiff's goods. The mark is recognized by non-consumers as a brand with appeal to the customers to whom plaintiff's goods bearing the mark are targeted. The mark has come to be widely recognized by the consuming public and retail stores as identifying plaintiff and plaintiff's clothing goods.

## DEFENDANTS' WRONGFUL CONDUCT

13.    Subsequent to plaintiff's substantial use of the mark, defendants started using the mark or a substantially similar mark on apparel sold at Old Navy and Baby Gap stores and perhaps at other stores owned and operated by defendants. Plaintiff is informed and believes that defendants began using the mark or a substantially similar mark with knowledge of plaintiff's use of the mark.

14.    Defendants' use of the mark or a substantially similar mark is likely to cause confusion, mistake or deception as to the source or origin of defendants' goods in that the public and others are likely to believe that defendants' goods are manufactured, distributed or sold by, or sponsored by, or approved by, or licensed by, or affiliated with or in some other way legitimately connected to plaintiff. Such public confusion has and will continue to cause irreparable harm to plaintiff.

15.    Defendants by their conduct have wrongfully misappropriated and converted plaintiff's intangible property rights in the mark. In addition, defendants have substantially copied and arranged other design elements that plaintiff often uses on its goods on defendants' products with knowledge that use of the mark or a substantially similar mark and one or more of said design elements will cause confusion among plaintiff's customers and prospective customers.

-3-

**COMPLAINT FOR UNFAIR COMPETITION; ETC.**

16.    Defendants' use of the mark or a substantially similar mark and defendants' use of the mark or a substantially similar mark together with design elements often used by plaintiff has caused damage to plaintiff in that plaintiff has lost and will continue to lose sales because of defendants' conduct. Defendants' conduct has, among other things, diminished the value of the mark in that defendants have caused the mark to lose its distinctiveness in the market place and ability to identify plaintiff as the sole source of goods bearing the mark, and plaintiff's ability to sell goods bearing the mark at the prices at which plaintiff sells said goods.

17.    The acts of defendants complained of hereinabove are unlawful, willful and malicious in that, among other things, defendants acted with the knowledge of plaintiff's use of the mark and with a conscious and deliberate disregard of plaintiff's rights, the goodwill associated with the mark, and the damage that would be caused to plaintiff by their acts.

## COUNT I

### TRADEMARK INFRINGEMENT UNDER SECTION 43(a) OF THE LANHAM ACT

18.    Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1-17 of the Complaint as though fully set forth herein.

19.    Defendants' conduct constitutes unfair competition pursuant to 15 U.S.C. §1125(a).

## COUNT II

### CALIFORNIA UNFAIR COMPETITION UNDER BUSINESS PROFESSIONS CODE SECTION 17200

20.    Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1-19 of the Complaint as though fully set forth herein.

21.    Defendants' conduct constitutes unfair competition within the meaning of California Business & Professions Code §17200.

//

//

-4-

**COMPLAINT FOR UNFAIR COMPETITION; ETC.**

## COUNT III

## COMMON LAW UNFAIR COMPETITION

22.    Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1- 21 of the Complaint as though fully set forth herein.

23.    Defendants' conduct constitutes common law unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff demands judgment in his favor and against defendants as follows:

1.    Defendants, and their, agents, servants, distributors, affiliates, employees, attorneys and representatives and all those in privity or acting in concert with them, and each of them, be permanently enjoined and restrained from, directly or indirectly:

(a)    Using the mark or any other marks confusingly similar to the mark, alone or in combination with other words, names, styles, titles, designs or marks in connection, with the manufacture, distribution or sale of clothing goods;

(b)    Using in any other way any other marks or designations so similar to the mark as to be likely to cause confusion, mistake or deception;

(c)    Otherwise competing unfairly with plaintiff in any manner;

(d)    Using any words, names, styles, designs, titles, designations, or marks which create a likelihood of injury to the business reputation of plaintiff or a likelihood of dilution of plaintiff's mark and the goodwill associated therewith;

2.    Defendants be ordered to pay to plaintiff compensatory damages for the injuries sustained by plaintiff in consequence of the unlawful acts alleged herein and

-5-

**COMPLAINT FOR UNFAIR COMPETITION; ETC.**

1    that such damages be trebled pursuant to 15 U.S.C. §1117 because of the willful and

2    unlawful acts as alleged herein.

3         3.    Defendants be ordered to account for and pay over to plaintiff all gains,

4    profits and advantages derived by them from the unlawful activities alleged herein.

5         4.    Punitive damages;

6         5.    Defendants be ordered to pay all plaintiff's litigation expanses, including

7    but not limited to reasonable attorneys fees and the costs of this action.

8         6.    Costs of suit.

9         7.    Such other and further relief as is just and proper.

10

11  Dated:  April 25, 2007

12                                    Robert A. Peterson

13                                    Attorney for Plaintiff

14

15                       **DEMAND FOR JURY TRIAL**

16      Plaintiff demands a trial by jury.

17

18

19  Dated:  April 25, 2007

20                                    Robert A. Peterson

21

22

23

24

25

26

27

28

**COMPLAINT FOR UNFAIR COMPETITION; ETC.**