1  Robert A. Peterson (Bar No. 58008)
   384 Forest Avenue, Ste. 12
2  Laguna Beach, CA 92651
   Tel: (949) 376-6500
3  Fax: (949) 376-6522
4  Email: bob@rpetersonlaw.com

5  Attorney for Plaintiff Project E, Inc.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DISTRICT

**HRL**

| | |
|---|---|
| PROJECT E, INC., a corporation, | C 07 2280 |
| Plaintiff, | Case No. |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| THE GAP, INC., a corporation, OLD NAVY, INC., a corporation, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: April 25, 2006

_____
Robert A. Peterson

-1-

CERTIFICATION OF INTERESTED ENTITIES AND PERSONS