Robert A. Peterson  Bar No. 58008
384 Forest Avenue, Ste. 12
Laguna Beach, CA 92651
Tel: 949-376-6500
Fax: 949-376-6522
Email: bob@rpetersonlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROJECT E, INC.,

        Plaintiff(s),

v.

THE GAP, INC., et al.,

        Defendant(s).

No. C 07-02280 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 2, 2007

Signature _____

Counsel for ___Plaintiff___
(Plaintiff, Defendant, or indicate "pro se")