| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |
| 4 | SAN JOSE DIVISION |

Project E, Inc., a corportion,

    Plaintiff,

  v.

The Gap, Inc., a corporation, et. al.,

    Defendants.
_____/

No. C07-02280

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 31, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: May 8, 2007

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

| | |
|---|---|
| 1 | |
| 2 | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO: |
| 3 | |
| 4 | Robert Allan Peterson    bob@rpetersonlaw.com |

**United States District Court**
For the Northern District of California

2