**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**May 8, 2007**

**CASE NUMBER:  CV 07-02280 HRL**
**CASE TITLE:  PROJECT E. INC.-v-THE GAP INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/8/7

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:        5/8/7

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 5/8/7 | Special Projects | |
| Log Book Noted | | Entered in Computer | 5/8/7 |

CASE SYSTEMS ADMINISTRATOR:

| | | | |
|---|---|---|---|
| Copies to:  All Counsel | 5/8/7 | Transferor CSA | 5/8/7bjw |