1  Robert A. Peterson (Bar No. 58008)
   384 Forest Avenue, Ste. 12
2  Laguna Beach, CA 92651
   Tel: (949) 376-6500
3  Fax: (949) 376-6522
4  Email: bob@rpetersonlaw.com

5  Attorney for Plaintiff Project E, Inc.

6

7

8                    UNITED STATE DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         NORTHERN DISTRICT

11

12 | PROJECT E, INC., a corporation,        ) Case No. C 07-02280 CRB
                                            )
13 |         Plaintiff,                     ) **PROOF OF SERVICE**
                                            )
14 |                                        )
             vs.                            )
15 |                                        )
                                            )
16 | THE GAP, INC., a corporation, OLD      )
     NAVY, LLC, a limited liability company,)
17 |                                        )
             Defendants.                    )
18 |                                        )
                                            )
19 | _____)

20

21

22

23

24

25

26

27

28

                                  -1-

                            **PROOF OF SERVICE**

| | |
|---|---|
| 1 | I am employed in the County of Orange, State of California; am over the |
| 2 | age of 18; and not a party to this action. My business address is 384 Forest Avenue, |
| 3 | Ste. 12, Laguna Beach, CA 92651. |
| 4 | On May 10, 2007, I served the foregoing document(s) described as: |
| 5 | CLERK'S NOTICE; ORDER SETTING CASE MANAGEMENT CONFERENCE; STANDING |
| 6 | ORDERS |
| 7 | on the interested parties in this action by placing a true copy in a sealed envelope and |
| 8 | addressed as follows: |
| 9 | Jennifer Sim |
| 10 | The Gap, Inc. 2 Folsom Street |
| 11 | San Francisco, CA 94105 |
| 12 | [ X ] MAIL - by mailing same by first class mail by placing the envelope for collection |
| 13 | and mailing with the U.S. Postal Service; |
| 14 | [   ] FAX - by faxing the document(s) listed above to same. |
| 15 | |
| 16 | I declare under penalty of perjury that the foregoing is true and correct. Executed |
| 17 | on May 10, 2007 at Laguna Beach, California. |
| 18 | |
| 19 | _____ |
| 20 | Robert A. Peterson |

-2-

PROOF OF SERVICE