1  Robert N. Phillips (SBN 120970)
   Lisa S. Buccino (SNB 205266)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   T: (415) 848-4900
4  F: (415) 848-4999

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | PROJECT E, INC. a corporation, | Case No. C 07-2280 (HRL)
   |                                |
12 |         Plaintiff,             | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 |     v.                         |
14 | THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, |
15 |         Defendant.             |

Pursuant to Northern District of California Local Rule 6-1(a), plaintiff Project E, Inc. and defendants The Gap Inc. and Old Navy, LLC hereby stipulate to extend the time within which to answer or otherwise respond to the complaint by thirty days, in order to facilitate the parties' settlement discussions. Defendants' response shall be due on or before June 20, 2007.

Dated: May 17, 2007                       By: /s/ Robert A. Peterson
                                              Robert A. Peterson

                                              Attorney for Plaintiff
                                              PROJECT E, INC.


                                              HOWREY LLP


                                              By: /s/ Robert N. Phillips
                                              Robert N. Phillips

                                              Attorneys for Defendants
                                              THE GAP, INC. and OLD NAVY, LLC


## ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                              /s/ Robert N. Phillips
                                              Robert N. Phillips