1  Robert N. Phillips (SBN 120970)
   Lisa S. Buccino (SNB 205266)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   T:  (415) 848-4900
4  F:  (415) 848-4999

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
                                                  CRB
11 PROJECT E, INC. a corporation,    Case No. C 07-2280 (HRL)

12         Plaintiff,                **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

13     v.

14 THE GAP, INC., a corporation, and OLD
   NAVY, LLC, a limited liability company,
15
           Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Northern District of California Local Rule 6-1(a), plaintiff Project E, Inc. and
2  defendants The Gap Inc. and Old Navy, LLC hereby stipulate to extend the time within which to
3  answer or otherwise respond to the complaint by thirty days, in order to facilitate the parties'
4  settlement discussions.  Defendants' response shall be due on or before June 20, 2007.

Dated: May 17, 2007

By:  /s/ Robert A. Peterson
Robert A. Peterson

Attorney for Plaintiff
PROJECT E, INC.

HOWREY LLP

By:  /s/ Robert N. Phillips
Robert N. Phillips

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

### ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

May 21, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

Case No. C 07-2280 (HRL)                                            STIPULATION TO EXTEND TIME TO
                                                                    RESPOND TO COMPLAINT