1 | Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SNB 205266)
2 | HOWREY LLP
525 Market Street, Suite 3600
3 | San Francisco, CA 94105
T: (415) 848-4900
4 | F: (415) 848-4999

5 | Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation, | Case No. C 07-2280 (CRB) |
| Plaintiff, | **ANSWER TO COMPLAINT** |
| v. | |
| THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, | |
| Defendants. | |

Defendants The Gap, Inc. and Old Navy, LLC ("Defendants") respond to the Complaint filed by plaintiff Project E, Inc. ("Plaintiff") as follows:

1. Defendants admit that Plaintiff has asserted claims under the Lanham Act, California Business & Professions Code and California common law, but deny that such claims are valid.

2. Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

3. Admitted.

4. Admitted.

5. Admitted.

**HOWREY LLP**

Case No. C 07-2280 (CRB)
ANSWER TO COMPLAINT

DM_US:20513139_1

1  6. Admitted.

2  7. Admitted.

3  8. Admitted.

4  9. Defendants lack sufficient information to admit or deny the allegations of this
5  paragraph, and on that basis deny them.

6  10. Defendants lack sufficient information to admit or deny the allegations of this
7  paragraph, and on that basis deny them.

8  11. Defendants lack sufficient information to admit or deny the allegations of this
9  paragraph, and on that basis deny them.

10  12. Defendants deny the allegations of this paragraph.

11  13. Defendants lack sufficient information to admit or deny whether Plaintiff has made
12  substantial use of the alleged mark, and on that basis deny the allegation.  Defendants admit offering
13  for sale under their well known Old Navy and BabyGap brands certain items of apparel that
14  incorporate decorative cross-stitching designs.  Defendants deny that their decorative cross-stitching
15  designs are the same as or substantially similar to the alleged trademark claimed by Plaintiff, and deny
16  prior knowledge of Plaintiff's claim of trademark rights.

17  14. Defendants deny the allegations of this paragraph.

18  15. Defendants deny the allegations of this paragraph.

19  16. Defendants deny the allegations of this paragraph.

20  17. Defendants deny the allegations of this paragraph.

21  **COUNT I**
**TRADEMARK INFRINGMENT UNDER SECTION 43(A) OF THE LANHAM ACT**
22

23  18. Defendants incorporate by reference their responses set forth in paragraphs 1-17 above.

24  19. Defendants deny the allegations of this paragraph.

25  **COUNT II**
**CALIFORNIA UNFAIR COMPETITION UNDER BUSINESS PROFESSIONS CODE § 17200**
26

27  20. Defendants incorporate by reference their responses set forth in paragraphs 1-19 above.

28  21. Defendants deny the allegations of this paragraph.

-2-

HOWREY LLP

Case No. C 07-2280 (CRB)
ANSWER TO COMPLAINT

DM_US:20513139_1

## COUNT III
## COMMON LAW UNFAIR COMPETITION

22. Defendants incorporate by reference their responses set forth in paragraphs 1-21 above.

23. Defendants deny the allegations of this paragraph.

## AFFIRMATIVE DEFENSES

As affirmative defenses, Defendants allege on information and belief as follows:

### First Affirmative Defense

Plaintiff's claims fail to state a valid cause of action.

### Second Affirmative Defense

Defendants' use of cross-stitching in its apparel is decorative and constitutes a fair use.

### Third Affirmative Defense

Plaintiff's alleged trademark is not inherently distinctive and has not acquired secondary meaning.

### Fourth Affirmative Defense

Plaintiff's claims are barred by the doctrines of waiver and estoppel.

### Fifth Affirmative Defense

Plaintiff's claims are barred by the doctrine of laches.

### Sixth Affirmative Defense

Plaintiff's claims are barred by its unclean hands.

Dated: June 20, 2007                        HOWREY LLP

                                            By:   /s/ Robert N. Phillips
                                            Robert N. Phillips

                                            Attorneys for Defendants
                                            THE GAP, INC. and OLD NAVY, LLC

-3-
Case No. C 07-2280 (CRB)
ANSWER TO COMPLAINT

DM_US:20513139_1