| | |
|---|---|
| 1 | Robert A. Peterson (Bar No. 58008) |
| 2 | 384 Forest Avenue, Ste. 12<br>Laguna Beach, CA 92651 |
| 3 | Tel: (949) 376-6500<br>Fax: (949) 376-6522 |
| 4 | Email: bob@rpetersonlaw.com |
| 5 | Attorney for Plaintiff<br>PROJECT E, INC. |
| 6 | |
| 7 | Robert N. Phillips (Bar No. 120970)<br>Lisa S. Buccino (Bar No. 205266) |
| 8 | HOWREY, LLP<br>525 Market Street, Suite 3600 |
| 9 | San Francisco, CA 94105<br>Tel: (415) 848-4900 |
| 10 | Fax (415) 848-4999<br>Email: phillipsr@howrey.com |
| 11 | Email: buccinol@howrey.com |
| 12 | Attorneys for Defendants<br>THE GAP, INC. and OLD NAVY, LLC |

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation, | ) |
| Plaintiff, | ) Case No. C 07-2280 (CRB) |
| vs. | ) **JOINT CASE MANAGEMENT**<br>) **STATEMENT** |
| THE GAP, INC., a corporation, OLD NAVY, LLC, a limited liability company, | )<br>) Date: August 3, 2007 |
| Defendants. | ) Time: 8:30 a.m.<br>) Ctrm: 8 |

-1-

JOINT CASE MANAGEMENT STATEMENT

DM_US:20584871_1

Plaintiff Project E, Inc. and defendants The Gap, Inc. and Old Navy, LLC submit this Joint Case Management Statement pursuant to the May 10, 2007 Clerk's Notice regarding the scheduling of the initial case management conference.

1. <u>Jurisdiction and Service</u>: Subject matter jurisdiction over this action is pursuant to 28 U.S.C. Section 1338(a) because plaintiff's trademark infringement claim arises under the laws of the United States. The Court has supplemental jurisdiction pursuant to 28 U.S.C. section 1338(b) and 1367 over plaintiff's claims that arise under the laws of the state of California. All defendants have been served and have appeared.

2. <u>Facts</u>: This is a trademark infringement and unfair business practice action by plaintiff against defendants for damages based on the manufacture and sale of clothing which plaintiff alleges infringes its XX trademark. Plaintiff designs and sells men and women's clothing using the XX mark. Plaintiff contends that defendants have, among other things, copied and used the mark and other design elements used on plaintiff's products. The complaint contains three counts: infringement under section 43(a) of the Lanham Act, violation of California Business and Professions Code section 17200 et seq., and common law unfair competition. Defendants deny liability and have asserted six affirmative defenses: failure to state a claim; fair use; non-distinctiveness and lack of secondary meaning; waiver and estoppel; laches; and unclean hands.

3. <u>Legal Issues</u>: The key legal issues are whether there is a likelihood of confusion and whether defendants have unfairly used plaintiff's mark or a substantially similar mark, designs or design elements. Defendants, among other things, deny that plaintiff has a valid mark or that they have infringed the mark.

4. <u>Motions</u>: At this date, the parties have not filed any motions.

5. <u>Amendment to Pleadings</u>: The parties propose a February 1, 2008 deadline for amendments to pleadings.

6. <u>Evidence Preservation</u>: The parties do not believe there are any evidence preservation issues. Both parties have taken steps to preserve evidence relevant to the issues in this action.

1	7.	<u>Initial Disclosures</u>:  The parties have agreed to make their initial disclosures by
2	July 27, 2007.
3	8.	<u>Discovery</u>: The parties have voluntarily exchanged certain information and
4	documents.  The parties the parties do not believe that any changes in the disclosures under
5	Rule 26 should be made; that discovery should be conducted in phases or otherwise limited;
6	or that the Court should enter any other orders.  To date, no discovery has been conducted.
7	The parties presently intend to propound interrogatories, requests for admission, requests for
8	production of documents and take depositions. The subjects of discovery will be the facts
9	relevant to the claims and defenses in the action.
10	9.	<u>Related Cases</u>:  There are no related cases pending.
11	10.	<u>Relief</u>:  Plaintiff seeks damages, defendants' profits, enhanced or punitive
12	damages, attorney's fees and injunctive relief.  The amount of damages and profits is
13	undetermined as of this date.  The injunctive relief sought is, among other things, an order
14	that defendants cease their infringing activity and an order that they be enjoined from such
15	activity in the future.
16	11.	<u>Settlement and ADR</u>:  To date, no substantive settlement discussions have
17	taken place although the parties have exchanged information regarding their respective
18	sales.  Defendants are in favor of having a settlement conference with a Magistrate within 90
19	days.  Plaintiff opposes a settlement conference at this time because plaintiff does not
20	believe that a settlement conference would be meaningful until after completion of
21	substantial discovery.
22	12.	<u>Magistrate Judge</u>:  The parties do not consent to a magistrate judge for all
23	purposes.
24	13.	<u>Other References</u>:  The parties do not believe that there is a need for any
25	references.
26	14.	<u>Narrowing of Issues</u>:  The parties are unable to narrow the issues at this stage
27	of the case.
28

-3-

JOINT CASE MANAGEMENT STATEMENT

DM_US:20584871_1

15. <u>Expedited Schedule</u>: The parties do not believe that this is a case that can be handled on an expedited schedule.

16. <u>Scheduling</u>: The parties propose the following dates:
   a. Fact Discovery Cut-Off: April 11, 2008
   b. Exchange Expert Reports: May 9, 2008
   c. Exchange Rebuttal Expert Reports: June 6, 2008
   d. Expert Discovery Cut-off: June 27, 2008
   e. Hearing of Dispositive Motions: June 27, 2008
   f. Pretrial Conference: July 28, 2008
   g. Trial: August 11, 2008

17. <u>Trial</u>: Plaintiff has demanded a jury trial. The parties anticipate a 3 - 5 day trial.

18. <u>Disclosure of Non-party Interested Entities or Person</u>: Both parties have filed a Local Rule 3-16 certification. Neither party knows of any entity with a financial interest (of any kind) in the subject matter in controversy or any other kind of interest that could be substantially affected by the outcome of the proceeding.

19. <u>Other Matters</u>: None.

Dated: July 12, 2007

_____
Robert A. Peterson
Attorney for Plaintiff
PROJECT E, INC.

Dated: July 12, 2007                    HOWREY LLP

_____
Robert N. Phillips
Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

-4-