Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SNB 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
T: (415) 848-4900
F: (415) 848-4999

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company,<br><br>Defendants. | Case No. C 07-2280 (CRB)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

-1-

**DEFENDANTS' ADR CERTIFICATION**

DM_US:20584828_1

1  Dated: July 19, 2007
2
3                               Jennifer Sim, Representative for Defendants
                                THE GAP, INC. and OLD NAVY, LLC
4
5  Dated:  July 19, 2007
6
7                               Robert N. Phillips,
                                Attorney for Defendants
8                               THE GAP, INC. and OLD NAVY, LLC

-2-

**DEFENDANTS' ADR CERTIFICATION**