Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SNB 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
T: (415) 848-4900
F: (415) 848-4999

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company,<br><br>Defendants. | Case No. C 07-2280 (CRB)<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

☐   Have not yet reached an agreement to the ADR process

☑   Request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:   August 3, 2007

The following counsel will participate in the ADR phone conference:

| Attorney | Party Representing | Phone No. | E-mail Address |
|---|---|---|---|
| Robert Peterson | Plaintiff, Project E, Inc. | (949) 376-6500 | bob@rpetersonlaw.com |
| Robert Phillips | Defendants, The Gap, Inc., and Old Navy, LLC | (415) 848-4900 | phillipsr@howrey.com |

-1-

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:     July 19, 2007

/s/ Robert Peterson
_____
Robert Peterson, Attorney for Plaintiff,
PROJECT E, INC.

Dated:     July 19, 2007

/s/ Robert Phillips
_____
Robert N. Phillips,
Attorney for Defendants,
THE GAP, INC. and OLD NAVY, LLC

-2-

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

DM_US:20585721_1