UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROJECT E, INC.,
        Plaintiff(s),

v.

THE GAP, INC., et al.
        Defendant(s).
_____/

Case No. 07-02280 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 19, 2007

[Party]
Project E, Inc. by Michael Hecht

Dated: July 19, 2007

[Counsel]
Robert A. Peterson

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California; am over the age of 18; and not a party to this action. My business address is 384 Forest Avenue, Ste. 12, Laguna Beach, CA 92651.

On July 19, 2007, I served the foregoing document(s) described as:

ADR CERTIFICATION BY PARTIES AND COUNSEL

on the interested parties in this action by placing a true copy in a sealed envelope and addressed as follows:

Robert N. Phillips
Howrey LLC
525 Market Street, Ste. 3600
San Francisco, CA 94105

[ X ] MAIL - by mailing same by first class mail by placing the envelope for collection and mailing with the U.S. Postal Service;

[ ] FAX - by faxing the document(s) listed above to same.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2007 at Laguna Beach, California.

_____
Robert A. Peterson

-1-

PROOF OF SERVICE