## CIVIL MINUTES

**Judge CHARLES R. BREYER**

Date: **August 03, 2007**

**C-07-02280 CRB**

**PROJECT E, INC  v.  THE GAP, INC. ET AL**

Attorneys:     Robert Peterson                              Robert Phillips

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:   **N/A**
**PROCEEDINGS:**                                                              **RULING:**

1.  Initial Case Management Conference     –   Held                              _____

2. _____                    _____

3. _____                    _____

## ORDERED AFTER HEARING:

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(X) Referred to Magistrate Judge Joseph C. Spero for:   Settlement Conference

(X) CASE CONTINUED TO December 07, 2007 @ 8:30 a.m.  for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____