Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SNB 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
T: (415) 848-4900
F: (415) 848-4999

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company,<br><br>             Defendants. | Case No. C 07-2280 (CRB)<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: August 3, 2007                HOWREY LLP

                                     By:  /s/ Robert N. Phillips
                                     Robert N. Phillips

                                     Attorneys for Defendants
                                     THE GAP, INC. and OLD NAVY, LLC