**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., | No. C-07-02280 CRB JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| THE GAP, INC., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, due to an unavoidable trial conflict, the Settlement Conference previously scheduled for October 23, 2007, at 9:30 a.m., has been continued until **November 28, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate a settlement.

**On or before November 14, 2007**, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of the August 10, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: October 17, 2007

JOSEPH C. SPERO
United States Magistrate Judge