Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SBN 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
T: (415) 848-4900
F: (415) 848-4999

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company,<br><br>Defendants. | Case No. C 07-2280 (CRB)<br><br>**DECLARATION OF LISA S. BUCCINO IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO SECONDARY MEANING AND SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Date: December 28, 2007<br>Time: 8:30 a.m.<br>Place: Court Room 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

I, Lisa S. Buccino, hereby declare

1. I am an attorney at law duly authorized to practice in the state of California and am an attorney at the law firm of Howrey LLP, counsel for The Gap, Inc. and Old Navy, LLC in this action. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify as to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the publication *World Textiles*, by Gillow John, and Bryan Sentence (Bulfinch Press/Little, Brown, 1999).

3.  Attached hereto as Exhibit B are photographs of apparel from numerous popular clothing companies and designers bearing cross-stitching taken under my direction.

4.  Attached hereto as Exhibit C are true and correct copies of articles published on the internet discussing the trend of distressed and/or vintage clothing in the fashion industry.

5.  Attached hereto as Exhibit D is a true and correct copy of The Gap, Inc.'s corporate fact sheet published on its website at *www.gapinc.com/public/About/abt_fact_sheet.shtml.*

6.  Attached hereto as Exhibit E are photographs of the accused babyGap and Old Navy apparel.

7.  Attached hereto as Exhibit F is a true and correct copy of Gap's Responses to Project E's First Set of Interrogatories Nos. 1-10 with certain confidential portions redacted.

8.  Attached hereto as Exhibit G is a true and correct copy of Old Navy's Responses to Project E's First Set of Interrogatories Nos. 1-10 with certain confidential portions redacted.

9.  Attached hereto as Exhibit H is a true and correct copy of Project E's Responses to Gap's First Set of Interrogatories Nos. 1- 6.

10. Attached hereto as Exhibit I is a true and correct copy of Project E's Supplemental Response to Gap's Document Request No. 31 and supplemental document production identifying an additional accused item.

11. Attached hereto as Exhibit J is a true and correct copy of Interbrand's 2007 Best Global Brands Report in which Gap was ranked as the number one branded apparel company and the 61st best global brand overall.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Project E's counsel Robert Peterson to Rob Phillips, dated September 13, 2007 stating, "at least one of the products my client contends is infringing has a single X as a decorative element."

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Project E's counsel Robert Peterson to Rob Phillips, dated September 15, 2007 stating, "one of the products that my client contends is infringing has a single X as a decorative element. In addition, it appears that

Case No. C 07-2280 (CRB)                    -2-
Buccino Declaration in Support of Defendants' Motion
for Summary Judgment of Non-Infringement
HOWREY LLP

1  your client may have first used Xs as a decorative element in 2006 and therefore the search would be
2  limited to approximately one year."

3    14.  Attached hereto as Exhibit M are photographs taken under my direction of Project E
4  clothing produced by Project E.

5    15.  Attached hereto as Exhibit N are true and correct copies of excerpts from Project E's
6  Federal Trademark Application, Serial No., 78/435,436.

7    16.  Attached hereto as Exhibit O is a true and correct copy of Project E's Fall 2004 Men's
8  and Women's Catalog demonstrating its prior corporate logo and use of cross-stitched Xs.

9    17.  Attached hereto as Exhibit P is a true and correct copy of Project E's Fall 2006 Men's
10 Catalog.

11   18.  Attached hereto as Exhibit Q is a true and correct copy of Project E's Spring 2007
12 Men's Catalog which is the first catalog produced by Project E which shows cross-stitched Xs near the
13 company name.

14   19.  Attached hereto as Exhibit R is a true and correct copy of a letter from Project E's
15 counsel, Robert Peterson, to Rob Phillips, dated June 11, 2007 enclosing Project E's catalogs.  Exhibit
16 R also includes true and correct copies of the covers of each Project E catalog enclosed with Mr.
17 Peterson's correspondence.

18   20.  Attached hereto as Exhibit S are true and correct copies of screen shots taken from
19 Project E's prior website, *www.projecteclothing.com* taken on June 19, 2007.

20   21.  For the past several months I attempted to visit Project E's website at
21 *www.projecteclothing.com* but received a message indicating that the site was down for construction
22 ("please excuse our disappearance, evolution in progress.")  Attached hereto as Exhibit T is a true and
23 correct copy of a screen shot indicating the status of Project E's website on November 6, 2007.

24   22.  Attached hereto as Exhibit U is a true and correct copy of correct copies of screen shots
25 from Project E's current website located at *www.projecteclothing.com*.  After being disabled for
26 several months, I noticed that the website had been reactivated on or about November 14, 2007.

27

28  Case No. C 07-2280 (CRB)                -3-
    Buccino Declaration in Support of Defendants' Motion
**HOWREY LLP**  for Summary Judgment of Non-Infringement

1   23.     Attached hereto as Exhibit V is a true and correct copy of Project E's Responses to
2  Gap's First Set of Request for Document Production Nos. 1-37.

4   I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.
6   Executed this 21st day of November, 2007 at San Francisco, California.

8                                                                  */s/ Lisa S. Buccino*
                                                                    Lisa S. Buccino

Case No. C 07-2280 (CRB)                           -4-
Buccino Declaration in Support of Defendants' Motion
for Summary Judgment of Non-Infringement

HOWREY
LLP