# EXHIBIT A



SAN MATEO COUNTY LIBRARY

3 9041 06197243 5

A VISUAL GUIDE TO
TRADITIONAL TECHNIQUES

# WORLD
# TEXTILES

JOHN GILLOW AND BRYAN SENTANCE

Thames & Hudson

# WORLD TEXTILES

## A VISUAL GUIDE TO TRADITIONAL TECHNIQUES












## JOHN GILLOW AND BRYAN SENTANCE

WITH 778 ILLUSTRATIONS, 551 IN COLOR



Thames & Hudson

EXHIBIT A
Page 3



Cross stitch is one of the oldest and most popular forms of embroidery. Amongst the treasures of the Victoria and Albert Museum in London are a set of delightfully naive panels of wild animals stitched in the 16th century by Mary Queen of Scots and her ladies-in-waiting in half cross or tent stitch.

### Counted thread work

Many stitches, like cross stitch, are at their best when precise and regular. To achieve this they are often worked on a fabric with an even, balanced weave, such as canvas or linen, so that the threads can be counted and the needle inserted at exact intervals. Counted thread stitches are ideal for needlepoint or canvaswork.

### Distribution

Cross stitch is probably the most widely used stitch of all. Ideal for neatly filling large areas with little risk of snagging, it is popular for embroidering clothing and can be found on the dresses of Bedouin women in Syria, Palestine, Israel and Jordan, the shirts and blouses of Balkan peasants and the samplers worked by young English ladies during Victorian times in the 19th century. In the Middle East cross stitch was formerly worked directly onto hand-woven cloth, but today sateen fabric is preferred which necessitates working the cross stitch over a canvas mesh. The threads of the mesh are withdrawn after the stitching is complete.

### Different styles

Berlin work, popular in 19th-century England and France, is embroidered on canvas with brightly coloured German wool. Assisi, an Italian form of embroidery, uses red or blue stitches on a linen ground to cover the background and leave the pattern in negative.





LEFT: CROSS STITCH IN A NEAT ROW OF ABUTTING STITCHES.