# EXHIBIT B



EXHIBIT B
Page 2



EXHIBIT B
Page 3



EXHIBIT B
Page 4



