# EXHIBIT C

EXHIBIT C
Page 1





Current Issue:
Nov/Dec 2007

Nov/Dec 2007

**Subscribe Now**

*First Name
*Last Name
Company
*Address
*City
*St/Prov
*Zip/Postal
E-mail

[ Submit ]

**Newsletter**
Wearables Style
Subscribe to Newsletter:
E-mail: [ Submit ]

**Extras**
**Exclusive Online Content**
Put Your Business on Auto-Pilot
How to Get 100% Rep Retention

**Features**
10th Anniversary
The Incredible Wearables of 2008
Get With the Program
Business of Wearables

 

Free Product Info    SourceBook    Contact Us    Advis
Problem Solved    Talk To Us    Webcasts    Calendar    Vote

## November/December 2007

### The Incredible Wearables of 2008
**From performance fabrics and retro styling to organics and rhinest year's wearables will make big statements. How will you talk about clients?**

By Amy Lucas

Trend forecast for spring/summer 2008: Urban chic meets sport-inspired wear. Soot! pastels punctuated by unexpected, almost garish pops of colors. Organic knits in bamboo, soybean and natural cotton. Ethnic-inspired garments with floral and artsy themes: Japanese flowers and Madras checks.

If you're not familiar with runway and retail trends, now's the time to get started. Mor than ever, your clients want you to be an apparel consultant, not just an order-taker. of being able to help a client is understanding overarching fashion trends, the langua color, fabrics and what styles will best help a company communicate its brand.

*Wearables* asked distributors and suppliers to dish about the most anticipated appar trends to hit the market next year. Understanding them will help you make even bett sales presentations.

> "End-users understand that organic products cost more. They're paying it, and they're OK with it." Conrad Franey, Gatewa CDI

**Trend #1:**
**Eco-friendly/organic**
In 2006, St. Louis-based distributor GatewayCDI started to offer a selection of organ promotional products for a Silicon Valley, CA-based client. But after revamping its selection to accommodate a "booming" market, Vice President Conrad Franey says demand and selection was virtually nonexistent.

"We experienced little to no demand in 2006, and it certainly was a struggle," he say and Franey says the floodgates have opened. "There's much more of a demand nov reached a tipping point, and people want green," he says.

Offering nearly 50 different organic products inclu Franey says organics aren't limited to any one demographic, nor are end-users as co "End-users understand organic products cost more," he says.

Yet, as a distributor, Franey is still a little disappointed with the selection and is findir guy" suppliers.

But, better late than never, says Margaret Crow, who's marketing director for Bolingb 2008, S&S is coming out with a wide variety of organic apparel and will be experime bamboo and recycled polyester.

Crow says "organic" was even a somewhat new concept in the last couple of years, ubiquitous in 2008. "I think that just this year, organics have made the transition from



From River's End Trading, a Nike illumiNITE jacket made of microBREATH fabric. Features include an athletic-shaped curved seam and two front hidden pockets.
Reader Service #157

foothold in society," she says. "Both consumers a accountable for their actions. You know, their fee have to show they're giving back to the communi carbon footprints smaller."

Gloucester, VA-based Peace Frogs is another su on the Earth when it released ultra-soft, organic s

such as royal, red and green. Next year, Preside is focusing even more attention on its organic sel

Jones says the only reason organics haven't rea apparel's higher price. But as eco-friendly wear's hopes the production process will also become c universal.

Hopefully, organic apparel will soon be selling its need no major pitching," says Patric Anderrson, c VA-based Atlantic Coast Cotton. "Look at it this v be ecologically aware. We all need to be better p citizens."

Trend #2:
Performance fabrics
Performance fabrics aren't a new-new apparel tre they'll be even bigger this year.

Los Angeles-based Expert Performance T is one supplier leading the way in pushing President Sion Shaman has watched the trend grow for the last four years. "The per capture the interest of the promotional market," he says.

Expert Performance T's 2008 line includes performance fleeces and hoodies, includi or worn alone. Bright colors, such as kiwi and lime, will be hot. With the variety of pe including those with antimicrobial, moisture-wicking, wrinkle-resistant, stain-release a Shaman says moisture wicking and antimicrobial continue to be his most popular sel

Howard Frank, co-owner of Glenview, IL-based distributor and decorator Frankenstit Promotions' sees suppliers increasing their performance wear selection. "I think manufacturers are really stepping up this year," he says.

Since he serves a large clientele of racing clients, Frank says his customers love ho\ performance apparel looks and performs on and off the track. "They really like the garments' feel when they're wearing them," he says. "They're very soft and light, anc easy to move around in. And, they look really sporty."

That's in addition to also looking polished and professional, thanks to wrinkle-free technology. "In this day and age, we're a go, go, go society," says Tom Flippo, vice president of Independence, MO-based Dunbrooke. "No one has the time to hang ou the dry cleaner."

Flippo says wrinkle-resistant garments were his company's best sellers this year. However, apparel without wrinkle-release technology suffered. "Wearables have to b new and improved," he says. "They have to perform."

For 2008, Dunbrooke's spicing up the basic, solid look and incorporating window-pal and mini-check patterned shirts in earthy colors such as dill, sky blue and khaki. It's a releasing women's shirts with ¾-length sleeves. "Women are really demanding performance fabrics such as wrinkle free and stain guard," he says.

Additionally the uniform market's looking to performance camp shirts for men and women, Anderrson says. They're a little more stylish and unique, but provide moistu wicking and other capabilities for wearers on the go.

Trend #3:
Women's wear
Flippo predicts Dunbrooke's women's line will be a major seller in 2008 because the fitted – and because the women's market is red hot right now. "Five years ago, wom that had a reversed placket," he says. But, that's not the case now. "Each year, our c with retail-based fashions that appeal to their clients. Believe me, expectations get h

Growing expectations about the quality of women's w



From In Your Face Apparel, a cotton/spandex tee embellished with rhinestones, studs and nail heads.
Reader Service #159

to the growing number of women in the workforce, sa
of Irwindale, CA-based Tri-Mountain. Over the last 15
flooded into corporate America, they've had more of a
employers order.

But, Tsai says besides strength in numbers, the incre
with the growing influence of retail on the ad specialty
what you see in retail and when you see the trends in
smaller each year," he says.

Tri-Mountain is including tailor-fit garments and bright
won't see 2008 runway trapeze or balloon silhouettes
keep up with fashion trends, but at the same time we
more sustainable," Tsai says.

"It's important to stay on top of retail trends, but the re
about a year behind what's going on in retail," says K
Medford, MA-based Charles River Apparel.

But, Amen says that it's in a supplier's best interest to
the newest trends reflected in promo wear. "There are
realized that there's a strong women's market and are
they're not already in it," he says. If suppliers and dist
going on in retail, they'll really feel the effects and lose out on a lucrative business.

Trend #4:
Retail's knocking
The influx of retail brands into the wearables world won't be limited to women's appa
manager at Hopkins, MN-based River's End Trading. With Nike, Lacoste and Tomm
selection, Anderson says there's no denying that retail trends and brand names are
wearables market. "These three retail brands definitely understand fashion trends ar
them," she says. "Our customers are willing to pay more for a brand that's known an
style."

It seems New York City-based Royal Apparel's customers are also willing to pay for
Morey Mayeri says the end is near for basic-bodied clothing in the wearables market
or polo shirt that's boxy and has a rough hand," he says. "They want style, quality an

As mirrored in retail for next year, Mayeri says earth tones are the colors of choice. F
for 2008, and this is a trend that's carried over from 2007, Mayeri says. So, expect to
stressed and garment-washed clothes.

Trend #5:
Cool embellishments
Walk into any mall and you'll see tees and other garments decorated to the hilt with
– you might see sequins over screen print, or embroidery paired with appliqué.

Next year, rhinestone embellishing will be everywhere, says Dan Mattei, vice preside
Apparel.

It's true. Bling is in, says Brittney Haar, marketing director of Carrollton, TX-based In
between the promotional market and the retail market shortening, the demand for rh
she says.

Rhinestones are one of the best retail trends to cross over into wearables, Haar says
companies, rhinestones give promotional advertising a big punch. "Businesses want
market in a fashion-forward way so that the promotional tee will be worn out and abo

In 2007, rhinestones, studs, nail heads, foils, sublimation and lithos were gaining mo
in 2008. "The difference in 2008 is that we'll see the use of multiple embellishment te
says. "You'll see sublimation, studs, nail heads and foil all on one shirt."

Like Royal Apparel, Haar says In Your Face Apparel sees a demand for distressed c
retro styling. "Everything '80s is so hot right now in retail, so it'll be interesting to see
promotional market," she says.

---

AMY LUCAS is associate editor of *Wearables*. Contact: alucas@asicentral.com.

« Teaching Customers: Football Classes | Main | What the Heck is Ethnographic Research? »

MONDAY, AUGUST 15, 2005

# To watch trends, watch artists

I was telling a more learned friend about the altered books I described in this post, The Memory Business: Your Life as Art, and she told me about Tom Phillips' work, A Humument. I was trying to figure out where this trend came from, and *slapping forehead with palm*, didn't think to look for an artist at the beginning. D'oh.

The Humument is an altered book. Phillips started altering this book in the mid 1960's, and continues to add to and change the work. There are at least 370 pages of this book online in various places, and a variety of published collections. The work is a virtual definition of post-modernism, as he started with a novel called A Human Document, and has created his own story using selected words from the original book, together with collage methods to create a new work. (And also seems to have started something).

What's important to think about is this:

- Important trends often start with artists, who interpret the world and share that interpretation. It's not about pretty pictures, it's

about ideas. (Consider the dialogue between science fiction and science, and how that dialogue has affected real world invention)
- Art that was once radical is now familiar. Case in point, Andy Warhol's graphic style. What looked like installation art fifteen years ago is surprisingly similar to the distressed clothing seen today.
- Great artists may be hard to understand, but they are rarely stupid. When you read their own writings and commentary, you see nuanced and layered ideas and symbolism. They observe, deconstruct and reassemble elements and ideas to evoke a response in the viewer.
- The symbols in art speak to us even when we don't fully understand them at a conscious level. (** see footnote)

To do something practical with this insight, you don't need to become an art historian. You need, instead, to pay some attention to what artists think is important to think about. These are not the artists who are painting pictures of fluffy kitties on the weekend, these are the kinds of artists that show at the Venice Biennale. You could involve artists in your creation process -- many of the most creative product development companies do exactly this.

**\*\* The footnote:**
You may have seen or read the haunting Tennessee Williams play, The Glass Menagerie. I found out something new recently that intrigued me -- the meaning

of *blue roses*.

A while back I took a short course in Semiotics, the study of signs and symbols. I learned that blue roses is a symbol of impossible love, because blue roses do not occur in nature. Laura, a central character in Menagerie, has the nickname blue roses, given her by Jim, the fellow she has long harboured a crush for, but who is engaged to another woman.

You don't have to know that blue roses is a symbol of impossible love to understand the play, and Williams may only have intuited this himself. But symbols have their meaning even when we don't *know* we're dealing with a symbol. This is part of their power, and of course why advertising images are selected with such care.

***Postscript

Apparently there now is such a thing as a real blue rose, thanks to Suntory Ltd. and Florigene Ltd. Given the symbolism, you might want to use caution sending these to anyone you care about. Thanks to BW for bringing this to my attention.

Posted by Susan Abbott | Permalink

**TRACKBACK**

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/243043/300297

Listed below are links to weblogs that reference To watch trends, watch artists:

**COMMENTS**

The real estate investors in Chicago are famous for doing this. They will wait until the artist community has moved out of their old neighbourhood, which has

gentrified and gone out of their price range. The artists move into a different poor neighborhood, bringing with them their galleries and funky style of life. The investors buy up properties and sell them to artist wannabes. They raise the rent and then the richer whites move in.

Following artists is tricky, though. You have to know when they are seeing a future trend and when they are seeing future trouble.

Posted by: Forrest Christian | Wednesday, August 31 2005 at 06:08 PM

**POST A COMMENT**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address: (Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

Preview    Post

**ABOUT US**

Author



Blogs that link here

Innovation Project Reports

The Business Site: Abbott Research & Consulting
For branded customer experiences that improve business results

View my profile on Linked
See how we're connected

**RECENT POSTS**

Brand slogans, brand positioning: behind the scenes with irreverent slogans

Jason Oke talks about what's wrong with qualitative research

Monitoring Web 2.0

Thoughtful quote for today

Web 2.0 Watch: Facebook as the new collaboration tool

Targeted advertising algorithms need work

Best of the blogfest, or how to increase your traffic using a crazy topic

Extra touches at convention hotel ladiesroom

Dining upscale casual and how this has improved the ladiesroom

Taking the brand into the bathroom, and other blogfest items

RECENT COMMENTS

**CATEGORIES**

B2B bathroom blogfest Book Reviews Brain science Change Management Co-creation Customer Communication Customer Environment

Customer Experience Customer Power Customer Process Deep diving human behavior Financial Services Focus Groups etc. Getting Inspired Innovation & Design It's a mystery Know thy segment ladiesrooms Loyalty Marketing Marketing Research People in Organizations Personalization Social Networking Strategy Stuff Travel Trendwatching Weblogs

**OUR SPONSORS**

My Amazon picks

chapters.indigo.ca.

TypePad is the Elite Blogging Tool for Professionals.

FranklinCovey.

THREE WAYS TO SUBSCRIBE

# Half Sigma

The new politics of common sense. Neither Republican, Democratic, nor Libertarian.

HALF SIGMA

«Notes on other blogs | Main | Knocked Up »

MAY 31, 2007

## Distressed jeans

Once upon a time, if your jeans had stains and/or holes in them, this meant was time to throw them out and buy a new pair of jeans. But today, this probably means you *bought them that way*. In fact, it is becoming hard to find jeans without at least some type of distressing.

If I were to try to make sense of this strange fashion trend, I would argue that, in the past when jeans cost a lot of money relative to poor people's income, wearing distressed jeans meant you were *too poor* to afford jeans that were in better condition. But today, using child labor in third world countries, brand new jeans are easily affordable even to the poorest of Americans. So today, the rich people wear distressed jeans because they are more expensive to manufacture. First the jeans have to be manufactured th regular way, then additional labor is required to distress them.

Distressed jeans seem related to untucked shirts. They both display lack of neatness. Dressing neatly is no longer cool. I even heard that's it's now considered dorky if your clothes are ironed. Does anyone know if this is true

May 31, 2007 | Permalink

**TRACKBACK**

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/355393/18937746

Listed below are links to weblogs that reference Distressed jeans:

» Zero Sum Distressed Jeans from Grey Swan
Half Sigma has an interesting post about distressed jeans being trendy. He notes that distressed jean are significantly more expensive than new jeans, and consequentlty cannot be bought by everyone. In essence, they are a wa of broadcasting to the w... [Read More]

Tracked on May 31, 2007 at 10:02 PM

**COMMENTS**

I would imagine that the higher prices of distressed jeans result from higher demand rather than from higher manufacturing costs.

Posted by: Peter | May 31, 2007 at 02:04 PM

Distressed Jeans
Shop Fast. Buy Smart.
Shopzilla.com

575 Jeans @ denimrack.com
Fall 07 hottest Denim
"Free Shipping" on all 575 jeans
www.DenimRack.com

Distressed Jeans
Need Distressed Jeans
Save on Jeans and Apparel
www.smarter.com

Distressed Jeans Designer
Top Designer Distressed Jeans Luxury Labels You Love To Shop
ShopStyle.com/Distressed.Jeans

Cambio Jeans
Cambio jeans in all new colors Cambio Jeans in many styles
www.junzboutique.net

PERSIAN RUGS

If the United States places some sort of economic embargo on Iran, this probably means there will be no more Persian rugs for sale in the U.S. I urge my readers to visit this online rug store before it's too late.



Issue #4

**StyleForSuccess.com**                                    Forward to a Friend

CONTACT
**Style for Success**

Tel: 780.472.0767
info@styleforsuccess.com

**Style & Substance Secrets
a monthly tip sheet.**
The resource for business
professionals to improve your
credibility and bottom line,
through your image, etiquette,
dining and social skills.

Click link at bottom of page **for
your free subscription** or
forward it to a colleague.
In this issue:

- **Bad News Trends**
  for women
  for men
- **No Soup for You!**
  Dining Etiquette Q&A
- **Fun & Thoughtful**
  Quotes

View archived newsletters
and other resources

**About Style for Success**
Business Image and Etiquette
Consultants, Speakers and
Trainers:

Joanne Blake & Terry Pithers can
help your organization and your
people improve their personal
image and social skills to build
crediblity and inspire stronger
business relationships.

Specializing in business dress,
demeanor & dining, we can add
enjoyable, unique content to your
training, conferences, retreats
and in-house seminars.

www.styleforsuccess.com

Looking for a humorous
motivational keynote speaker?

Click here for an overview of our
services.

Like to reprint our articles?



**style & substance secrets**
Etiquette and image advice, fashion and social
trend critiques and tips.

## The Feature

DON'T LET YOUR CAREER BECOME A FASHION VICTIM

**Five trends we want to see a lot less of in business wear.**

For Women:

**Underwear as outerwear**
Who came up with the idea of wearing underwear as outerwear? Fabrics that are too sheer and tight, anything that borders on leaving nothing to the imagination or lingerie-like is sending a distracting message. For business, the more skin you show, the more credibility you lose! It's as simple as that.

This is the single most requested item employers want us to address in our professional dress seminars. So necklines should not reveal a lot of cleavage, even when bending over, and tops should be long enough to meet the waistband of the skirt or pant, especially when seated, and please no thongs showing or butt cleavage, ever!

Click to see New York Post Scary-Look Photos WARNING - Not for the faint of heart.

**Shrunken fit**
Lately we've seen Oprah wear trendy shrunken jackets (they tend to look like they're two sizes too small). Even with her svelte, new body, these don't do her justice. The reality is that when we wear clothing that's too tight, it emphasizes our size, whether large or thin.

If you are preoccupied with losing that extra 10 pounds after the holidays, remember shrunken clothing only serves to make us look 10 pounds heavier. If you're at the opposite end of the spectrum, thin and angular, it actually calls attention to this. Clothing with ease, which fits well is the best option for all body types. As an added bonus, you'll feel more comfortable as well.

For Men:

**Distressed clothing**
Intentionally frayed, wrinkled or bleached is becoming a fashion statement. Yes, people actually spend money on new tailored clothing that looks trashed. (Click here to see what we mean, zoom in and check out the supplier's fine print - "This blazer features distinctive frayed edges. This is part of the style and not a fault of the garment.")

It may be *totally* appropriate if you're employed at a hair salon or an avant-garde graphic design firm, however in most business settings it just sends a confusing mixed message.

In business many of your clients will simply presume you don't have the time, money or inclination to launder, press or buy good clothing. If you like the look, and work in a conservative setting, save it for weekend wear or save your money. You wouldn't buy a distressed new BMW, would you?

**Flat front dress pants**
Dress trousers with a flat front are a more casual look and are a trend that may quickly date your otherwise classic suit. Most men benefit from a moderate pleat in dress trousers - it eliminates wrinkles at the hipline for a well dressed fit (pockets in flat front trousers tend to gape) and provides a bit of ease and 'wiggle' room in the event of moderate weight fluctuations.

**Longer suit jackets**
This is a look that is being embraced by young businessmen. If you have tall proportions with long legs, it works. However if you are average to short in height with short legs, steer clear or you will wind up looking like Toulouse-Lautrec in a ditch. For best proportions, short or average men should wear their jackets just covering the curvature of the buttocks.

**Get real, please**
Sometimes we just shake our heads. Fashion designers rarely consider the real world of business. We aim to help you sift through the fashion trends to choose attractive business looks that express personal style and yet enhance your professional image.

## Trend Watch

**Dining Etiquette Question:**

**No soup for you!**

Q.
I know where to place my knife and fork when I'm finished with my main course but what about my soup course? I've seen some people leave the soupspoon in the bowl and some leave it on the plate, which is correct? I want to follow the proper rules.

- *In a soup in Vancouver*

A.
And rules are important. Just ask Jerry Seinfeld's soup-nazi. (Click here to see the soup nazi and his rules)
As for the soupspoon, if you're resting, the correct position for the spoon is in the bowl. If you're done, the soupspoon is placed bowl up on the right side of the service (under) plate. That way when the staff takes it away there's less chance of the spoon falling.

If you're eating at a very casual restaurant and they don't provide a service plate under the bowl, rather than placing the used spoon

- College Publisher Network

- Join the College Publisher Network
- Advertise Across the Network
- View Network Affiliates

- Select your search method
- Search

- ⊙ Search This Paper
- ○ Search Google

- Music
- Jobs
- Top National College News
- Money
- Books

Sacramento Weather
64°F / 36°F

Home > Features

# Men's trends get creative

Curits Grima

**Issue date:** 3/30/05 **Section:** Features

3/29/05 9:00 PM PST

Spring is quickly approaching and guys are beginning to hang up their sweatshirts and heavy jeans.

This upcoming season in male fashion mixes different styles and trends for unique styles.

One of the most prominent trends for this spring is the distressed clothing look. Clothing is torn, ripped, cut, dyed, and dirtied to give to a casual-worn look.

Many retailers provide artificial distressed clothing, such as Abercrombie and Fitch, American Eagle, Macy's and Nordstrom.

Some guys prefer to do their own distressing by personally using a knife or even cheese grater to wear their denim or khaki.

Paint and bleach stains are another form of distressing clothing popular for spring 2005. Paint spatters throughout materials stand out and gives the clothing a new twist.

This distressed style can fall into two different styles of fashion. The first one is a casual, skater look.

Although not the perfect style for a job interview, casual is one of the most simplistic and comfortable fashion trends, usually consisting of blue jeans or khakis and a simple logo T-shirt.

The style can be topped off with a pair of DC skate shoes, an MLB hat, or open, button-up shirt. The distressed look also works with preppier, classic trends and the poplar bright colors of the season.

Designer jeans, shirts, pants and jackets are all being made to look like they've been worn for years, but are being paired to contrast with a bottom or top that looks fresh off the rack.

Camouflage is another trend set for the spring of 2005.

The perfect combination of a camouflage hat, shirt, or short with distressed pieces produce a causal trendy look perfect for mixing and matching this season.

Dark colors, like then ones found in most camouflage patterns, combine well with a light blazer jacket to dress the look up.

Bright colors are everywhere this season. Vibrant blues, yellows, greens and even pinks are all utilized this season in men's wear.

Most of the bright hues are used in tops like polo's and tees.

Others are found in long sleeve button down dress shirts with vertical and asymmetrical striping, popular for men this spring.

Men's ties are picking up the bold, patterned, and striped trends as well and also contrast fashionably with distressed jeans or a baseball cap. Paisley, a western-inspired floral design, is also in fashion with bright shades.

Earth tones are also going to be in style this spring for a more rugged look.

Brown leather sandals or Chuck Taylors are staying strong, as well as Von Dutch trucker hats and hemp necklaces and wristbands.

This spring is guaranteed to be full of creativity and personal style, a refreshing break from the norm of men's fashion.

As the rainy weather leaves for good, blue skies and warm days will be brightening up fashion, as well.

---

Curtis Grima can be reached at

features@statehornet.com