
EXHIBIT E
Page 6



