# EXHIBIT G

Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SNB 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
T: (415) 848-4900
F: (415) 848-4999

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROJECT E, INC., a corporation,

Plaintiff,

v.

THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company,

Defendants.

Case No. C 07-2280 (CRB)

**OLD NAVY, LLC'S OBJECTIONS AND RESPONSES TO PROJECT E, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-10)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Old Navy, LLC ("Old Navy") hereby objects and responds to Plaintiff Project E, Inc.'s ("Project E") First Set of Interrogatories dated July 12, 2007, as follows.

Old Navy reserves the right to supplement or amend these objections and responses to the extent allowed by the Federal Rules of Civil Procedure and the Local Rules of this Court. Old Navy has not completed its discovery, investigation, research, or trial preparation. Old Navy's responses may therefore depend upon information that has not yet been discovered or analyzed. These responses are based solely on information presently available and specifically known to Old Navy. These responses are provided without prejudice to Old Navy's right to produce evidence that Old Navy may

Case No. C 07-2280 (CRB)
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
HOWREY LLP
EXHIBIT G
Page 2
DM_US:20577864_1

later discover. Old Navy reserves the right to supplement these objections and responses and to revise any and all responses as appropriate, as additional facts are ascertained, analyses are made, legal research is completed, contentions are made, or as a result of the Court's legal determination of issues.

Old Navy's responses are made without waiving, in any way: (1) the right to object on any basis permitted by law to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this or any other action; and (2) the right to object on any basis permitted by law to any other discovery request or proceeding involving or relating to the subject matter of this response.

## GENERAL OBJECTIONS

The following general objections apply to, and are incorporated by reference in, each and every response below. Old Navy's specific objections to any of the interrogatories are not intended to preclude, override, or withdraw any of the general objections.

1. Old Navy objects to each interrogatory to the extent that it seeks information neither relevant to any claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence.

2. Old Navy objects to each interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege, the work product doctrine, or any other privilege or protection afforded by state or federal law.

3. Old Navy objects to each interrogatory to the extent that it asks Old Navy to identify, produce, or otherwise analyze documents, things, and/or other information not within Old Navy's possession, custody, and/or control after a reasonable search or to the extent that it asks Old Navy to prepare documents that do not already exist.

4. Old Navy objects to each interrogatory to the extent that it calls for legal conclusions, presents questions of pure law, or exceeds the permissible number of interrogatories, including all parts and sub-parts.

Case No. C 07-2280 (CRB) -2-
HOWREY LLP
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
EXHIBIT G
Page 3
DM_US:20577864_1

**RESPONSES**

**INTERROGATORY NO. 1**:

Describe in detail the types of products (e.g. women's sweaters, boy's polo shirts, etc.) you have sold bearing two X's or other product bearing any cross-stitched ornamentation.

**RESPONSE TO INTERROGATORY NO. 1**:

Old Navy objects to this interrogatory as vague and ambiguous, irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, overbroad, burdensome and oppressive. Subject to and without waiving the foregoing general and specific objections, Old Navy responds that it has sold the following products that have two decorative x's stitched side-by-side or that Product E has alleged infringe its alleged XX trademark:

Women's Distressed Hoodie Sweater (Style No. 457343021)

Girls' Stripe Two-in-One Polo (Style No. 398986)

Girls' Solid Two-in-One Polo (Style No. 398989)

**INTERROGATORY NO. 2**:

State separately for each product described in your answer to Interrogatory No. 1, the number of products, the list price for each product, and the season (e.g. summer, fall, holiday) for each year in which the product was sold.

**RESPONSE TO INTERROGATORY NO. 2**:

Old Navy objects to this interrogatory as containing improper subparts under FRCP 33(a).

Subject to and without waiving the foregoing general and specific objections, Old Navy responds that it has sold approximately the following number of products as of the date of this response, subject to ordinary returns, discounts and other adjustments.

Spring 2007 Women's Distressed Hoodie Sweater (Style No. 457343021)

In Store:

Units Sold List Price

REDACTED

Case No. C 07-2280 (CRB) -3-
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
HOWREY LLP
DM_US:20577864_1
EXHIBIT G
Page 4

    Online:

Units Sold List Price

REDACTED

Fall 2006 Girls' Stripe Two-in-One Polo (Style No. 398986)

In Store:

Units Sold List Price

REDACTED

Online:

Units Sold List Price

REDACTED

Fall 2006 Girls' Solid Two-in-One Polo (Style No. 398989)

In Store:

Units Sold List Price

REDACTED

Online:

Units Sold List Price

REDACTED

**INTERROGATORY NO. 3:**

State separately for each product described in your answer to Interrogatory No. 1, the landed cost.

Case No. C 07-2280 (CRB) -4-
HOWREY LLP
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
DM_US:20577864_1
EXHIBIT G
Page 5

**RESPONSE TO INTERROGATORY NO. 3:**

Old Navy objects to this interrogatory as vague and ambiguous. Subject to and without waiving the foregoing general and specific objections, Old Navy responds as follows:

Women's Distressed Hoodie Sweater (Style No. 457343021)

REDACTED

Girls' Stripe Two-in-One Polo (Style No. 398986)

REDACTED

Girls' Solid Two-in-One polo (Style No. 398989)

REDACTED

**INTERROGATORY NO. 4:**

State separately for each product described in your answer to Interrogatory No. 1, any costs in addition to landed costs that you contend should be deducted in determining your profits under the Lanham Act.

**RESPONSE TO INTERROGATORY NO. 4:**

Old Navy objects to this interrogatory as vague and ambiguous, premature and calling for information that may become the subject of expert witness analysis and testimony. Subject to and without waiving the foregoing general and specific objections, Old Navy intends to deduct all costs allowable under the Lanham Act, including but not limited to all costs that contribute to the design, production, distribution, advertising and sale of the allegedly infringing products. Old Navy will supplement this response at the appropriate time.

**INTERROGATORY NO. 5:**

State the name, address and telephone number of the person(s) who designed each product.

**RESPONSE TO INTERROGATORY NO. 5:**

Old Navy objects to this interrogatory as vague and ambiguous. Subject to and without waiving the foregoing general and specific objections, the following individuals were involved with the design of the products identified in Interrogatory Response No. 1: Nam Park, Nathan Laffin,

Case No. C 07-2280 (CRB) -5-

HOWREY LLP

OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)

DM_US:20577864_1

EXHIBIT G
Page 6

Merissa Goodman, Melissa Wilson. These individuals may be contacted only through Old Navy's counsel.

**INTERROGATORY NO. 6:**

State the name, address and telephone number of each person who investigated and/or analyzed whether the use of two X's on products sold by you might infringe the trademark of a third person and describe in detail the investigation and/or analysis.

**RESPONSE TO INTERROGATORY NO. 6:**

Old Navy objects to this interrogatory as irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, overbroad, burdensome and oppressive, and seeking information protected from disclosure under the attorney client and work product privileges.

**INTERROGATORY NO. 7:**

Did you stop selling product bearing two X's or any other cross-stitched ornamentation after receiving the March 16, 2007 letter from Robert A. Peterson and if not, please state in detail the reasons why you continued to sell the product.

**RESPONSE TO INTERROGATORY NO. 7:**

Old Navy objects to this interrogatory as containing improper subparts under FRCP 33(a). Old Navy also objects to this interrogatory as vague and ambiguous, irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, overbroad, burdensome and oppressive, and seeking information protected from disclosure under the attorney client and work product privileges.

**INTERROGATORY NO. 8:**

State whether you have purchased any product produced by Project E.

**RESPONSE TO INTERROGATORY NO. 8:**

Old Navy objects to this interrogatory as irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, overbroad, and burdensome and oppressive. Subject to and without waiving the foregoing general and specific objections, Old Navy

responds that it typically purchases items of clothing as part of its research into fashion trends and the development of new lines for its stores. During the "deconstructed look" fashion trend, Old Navy purchased samples of several brands of clothing, including items from Project E among others, that incorporated popular and commonly used decorative treatments such as hand stitched x's.

**INTERROGATORY NO. 9:**

If you have purchased any product produced by Project E, describe each product in detail and state when and where (including store name and address) that it was purchased.

**RESPONSE TO INTERROGATORY NO. 9:**

Old Navy objects to this interrogatory as irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, overbroad, and burdensome and oppressive. Subject to and without waiving the foregoing general and specific objections, Old Navy has in its possession two tops labeled as from Project E, and a photograph of a sweater that may have been produced by Project E. The dates these items were obtained, and their source are unknown at this time.

**INTERROGATORY NO. 10:**

State the name, address and telephone number (and the name, address and telephone number of the attorney therefore) who has accused you of violating their intellectual property rights.

**RESPONSE TO INTERROGATORY NO. 10:**

Old Navy objects to this interrogatory as irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, overbroad, and burdensome and oppressive.

Dated: August 23, 2007

HOWREY, LLP

By: [signature]
Robert N. Phillips

Attorney for Defendants THE GAP, INC. and OLD NAVY, LLC

Case No. C 07-2280 (CRB)
-7-
HOWREY LLP
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
EXHIBIT G
Page 8
DM_US:20577864_1

Aug. 23. 2007 3:59PM Case 3:07-cv-02280-CRB Document 24-13 Filed 11/21/2007 Page 9 of 10 No. 9539 P. 2

**VERIFICATION**

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN FRANCISCO )

I am the Senior Vice President of Women's Merchandising of Old Navy, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I have read the foregoing Old Navy's Objections and Responses to Project E, Inc.'s First Set of Interrogatories (Nos. 1-10) and know its contents. I am informed and believe that the matters stated in the foregoing document are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 21, 2007, at San Francisco, California.

Tana Ward

Case No. C 07-2280 (CRB)
HOWREY LLP
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
DM US:20571775_1
EXHIBIT G
Page 9

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

On August 23, 2007, I served on the interested parties in said action the within:

**OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-10)**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

Robert A. Peterson
Attorney at Law
384 Forest Avenue, Ste. 12
Laguna Beach, CA 92651
Tel: 949-376-6500
Fax: 949-376-6522
bob@rpetersonlaw.com

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.

☒ (FACSIMILE) By transmitting a true copy of said document from a facsimile machine whose telephone number is (415) 848-4999, pursuant to California Rules of Court, Rule 2005. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. Said fax transmission occurred as stated in the transmission record attached hereto. Said fax transmission was directed as stated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 23, 2007, at San Francisco, California.

Stephanie Pearson
(Type or print name)

(Signature)

HOWREY LLP
Case No. C 07-2280 (CRB)
OLD NAVY, LLC.'S RESPONSES TO PROJECT E, INC.'S FIRST SET OF ROGS (NO. 1-10)
DM_US:20571775_1
-2-
EXHIBIT G
Page 10