# EXHIBIT H

Robert A. Peterson (Bar No. 58008)
384 Forest Avenue, Ste. 12
Laguna Beach, CA 92651
Tel: (949) 376-6500
Fax: (949) 376-6522
Email: bob@rpetersonlaw.com

Attorney for Plaintiff Project E, Inc.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DISTRICT

| | |
|---|---|
| PROJECT E, INC., a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GAP, INC., a corporation, OLD NAVY, LLC, a limited liability company,<br><br>    Defendants. | Case No. C 07-2280 (CRB)<br><br>**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-6)** |

Plaintiff Project E, Inc. responds to Defendants' First Set of Interrogatories to Plaintiff (Nos. 1-6) as follows:

**INTERROGATORY NO. 1:**

For the XX Mark, identify all persons involved in the design, conception and selection of the XX Mark, the factors considered in selecting the XX Mark, the nature of any investigation conducted and the substance of any opinion obtained regarding the availability of the mark for use in commerce.

**RESPONSE TO INTERROGATORY NO 1:**

Michael Hecht and Gina Hecht created the XX trademark. In the Fall of 2003, they were in Los Angeles and purchased a vintage polo shirt. They returned to Atlanta

-1-

1  and started development of the Project E vintage polo. Gina stitched two side-by-side
2  X's as an "anti-logo." In addition, they did hand grinding to the polo's to give them a
3  vintage look and added hand embroidered elements. There was no investigation
4  regarding the availability of the mark in commerce because of the distinctive nature of
5  the mark and overall look of the polo's.
6  **INTERROGATORY NO. 2:**
7      Describe in detail all facts supporting your allegation that "defendants' use of the
8  mark or a substantially similar mark is likely to cause confusion, mistake or deception as
9  to the source or origin of defendants' goods," including but not limited to any instances
10 of actual confusion you are aware of, and all persons knowledgeable thereof.
11 **RESPONSE TO INTERROGATORY NO. 2:**
12     Plaintiff's XX trademark is inherently distinctive and strong; the XX trademark
13 has acquired secondary meaning; the XX used by Old Navy and The Gap is the same as
14 the XX trademark; the goods sold by Old Navy and The Gap with XX are the same
15 and/or very similar to the goods sold by Project E bearing the XX trademark; there is a
16 likelihood of post sale confusion; there is a likelihood of initial interest confusion; Project
17 E , Old Navy and The Gap compete for same customers; Project E's products and the
18 products of Old Navy and The Gap are sold through the same marketing channels, i.e.
19 at retail; some customers of Project E's XX trademarked products are not aware who
20 manufactures the products and will assume that Old Navy's and The Gap's products
21 come from the same source; some customers will assume that Project E has licensed
22 Old Navy and The Gap to use the XX trademark or that Old Navy and The Gap are in
23 some way affiliated with the producer of goods bearing the XX trademark; defendants
24 intentionally used XX because of the popularity and/or trendiness of the XX trademark;
25 Old Navy and The Gap have copied other design elements used by Project E; XX
26 trademarked products have appeared in movies and on television, including Bad New
27 Bears, John Tucker Must Die, 40 year Old Virgin, Knocked Up, Joey, Psych, Scrubs,
28 Weeds, 7th Heaven, Gilmore Girls, Sopranos, various MTV shows and will be in

-2-

PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO
PLAINTIFF (NOS. 1-6)

EXHIBIT H
Page 3

upcoming movies with Adam Sandler and David Krumholtz; XX trademarked products have been worn by numerous celebrities including Adam Sandler, Justin Timberlake, Kristin Cavallari, Paris Hilton, Lindsay Lohan, Sara Chalke, Leonardo Dicaprio, Neil Patrick Harris , Nick Lachey, Jennifer Garner, Freddie Prinze Jr., rap star Common, and Ashley Simpson ; XX trademarked shirts have been shown in numerous magazines, including, Elle, In Touch, Life and Style, Ok, People, Lucky, Star, Cosmo Girl and US Weekly; Project e has been contacted by numerous stylists for celebrities, including, Kim Bowen for Dane Cook, Lisa Samsky for MTV, Jim Hunsaker for Supernatual, Vincent for Terrie Hatcher, Ron Zangardi for MTV, Jessica Thornwell for MTV, and Micky Carlton and Dana Pink for various movies; XX trademarked products are sold in all 50 states and over 39 foreign countries; Michael Hecht has been asked if Project E has licensed the XX trademark to Old Navy or if Project E was manufacturing product for Old Navy; Michael Hecht has been told that Old Navy is knocking off the XX trademark; retail stores which buy XX trademarked apparel have informed Project E that they are aware of that products bearing the XX mark are being sold at Old Navy and as a result Project E has probably lost sales.

**INTERROGATORY NO. 3:**

Identify every type of good bearing the XX Mark, including a description of the good (*e.g.* t-shirt, polo shirt, sweater, etc.), the first date the good was sold in commerce, the annual unit and dollar sales of the good since it was introduced, and all persons knowledgeable thereof.

**RESPONSE TO INTERROGATORY NO 3:**

Women's short sleeve and long sleeve polo shirts, short sleeve tee shirts, long sleeve tee shirts, leggings, polo dresses, empire dresses, and unisex caps; men's short sleeve and long sleeve polo shirts, tee shirts, sweater vests, sweaters, long sleeve buttoned shirts, and sweat shirts. The dates of sales, units and dollar sales of the goods are set forth in the information previously produced. The persons knowledgeable are Michael Hecht, Gina Hecht, other Project E employee's, distributors, etc.

**INTERROGATORY NO. 4:**

Describe in detail all facts supporting your allegation that "defendants began using the mark or a substantially similar mark with knowledge of plaintiff's use of the mark," and all persons knowledgeable thereof.

**RESPONSE TO INTERROGATORY NO. 4:**

The allegation is based on the fact the Project E XX trademarked products are popular, trendy and known in the marketplace; some of defendants' product designs so similar that they must have been copied from Project E products; Project E believes that Old Navy has copied other Project E designs in the past; and Old Navy has engaged in similar conduct (i.e. copying another popular trademark, the Element trademark) in the past; Old Navy and The Gap search out and observe new fashion.

**INTERROGATORY NO. 5:**

Describe in detail all actual damages you claim to have suffered as a result of Defendants' acts including stating the amount of damages and when they were incurred, and all persons knowledgeable thereof.

**RESPONSE TO INTERROGATORY NO 5:**

To date, plaintiff has not quantified its actual damages. Plaintiff believes that it has lost sales both at the wholesale and retail levels. Plaintiff believes that its reputation has been damaged in that products bearing its XX mark have been sold at lower price levels and have been sold in Old Navy and The Gap stores.

**INTERROGATORY NO. 6:**

Identify each item of Defendants' apparel that you contend infringes the XX Mark, the date and circumstances under which you first became aware of each item of apparel, and all persons knowledgeable thereof.

**RESPONSE TO INTERROGATORY NO 6:**

The following are the items of apparel presently known to plaintiff.

-4-

1. Old Navy children's polo shirts (short and long sleeve); in or about March 2007; Michael Hecht, Gina Hecht; John and Simone Bayens bought the polo shirts and gave them to Michael Hecht.

2. Old Navy women's cable knit sweaters; in or about March 2007; Michael Hecht, Gina Hecht; visiting an Old Navy store.

3. Baby Gap shorts/pants; on or about May 2007; Michael Hecht, Gina Hecht; visiting an Old Navy store.

4. Baby Gap cargo shorts; on or about June 2007; Rob Phillips informed plaintiff's counsel.

Dated: August 13, 2007

_____
Robert A. Peterson
Attorney for Plaintiff

## VERIFICATION

I have read the foregoing Plaintiff's Responses to Defendants' First Set of Interrogatories to Plaintiff (Nos. 1-6).

I am an officer of Project E, Inc. plaintiff. The matters stated in the foregoing document are true of my own knowledge, except as to any matters which are stated on information and belief, and as to those matters, I believe them to be true.

Executed on August 14, 2007 at Atlanta, Georgia.

I declare under penalty of perjury the foregoing is true and correct.

_____
Michael Hecht

## PROOF OF SERVICE

I am employed in the County of Orange, State of California; am over the age of 18; and not a party to this action. My business address is 384 Forest Avenue, Ste. 12, Laguna Beach, CA 92651.

On August 17, 2007, I served the foregoing document(s) described as:

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-6)**

on the interested parties in this action by placing a true copy in a sealed envelope and addressed as follows:

Robert N. Phillips
Howrey LLC
525 Market Street, Ste. 3600
San Francisco, CA 94105

[ X ] MAIL - by mailing same by first class mail by placing the envelope for collection and mailing with the U.S. Postal Service;

[ ] FAX - by faxing the document(s) listed above to same.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2007 at Laguna Beach, California.

_____
Robert A. Peterson