# EXHIBIT I

# ROBERT A. PETERSON
### ATTORNEY AT LAW

384 FOREST AVENUE, SUITE 12
LAGUNA BEACH, CALIFORNIA 92651
TELEPHONE 949-376-6500
FAX 949-376-6522
Email: bob@rpetersonlaw.com

September 13, 2007

BY FEDERAL EXPRESS

Robert N. Phillips
Howrey LLC
525 Market Street, Ste. 3600
San Francisco, CA 94105

Re: Project E – Old Navy

Dear Rob:

I enclose and Additional Document Produced in Response to Request for Production No. 31. The document is a photocopy of olive drab boy's shorts.

Please kindly provide me with (a) the number of units sold, (b) list price, (c) landed cost, (d) average selling price and (e) dates of sale.

In addition, please advise if there were any other garments produced with embroidered XX's in the labels.

Sincerely,

Robert A. Peterson

cc: Michael Hecht

Robert A. Peterson (Bar No. 58008)
384 Forest Avenue, Ste. 12
Laguna Beach, CA 92651
Tel: (949) 376-6500
Fax: (949) 376-6522
Email: bob@rpetersonlaw.com

Attorney for Plaintiff Project E, Inc.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DISTRICT

| | |
|---|---|
| PROJECT E, INC., a corporation, | Case No. C 07-2280 (CRB) |
| Plaintiff, | |
| vs. | **DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION NO. 31** |
| THE GAP, INC., a corporation, OLD NAVY, LLC, a limited liability company, | |
| Defendants. | |

Plaintiff Project E, Inc. produces the attached documents in response to Request No. 31 of Defendants' First Set of Requests for Production of Documents to Plaintiff.

Dated: August 23, 2007

_____
Robert A. Peterson
Attorney for Plaintiff

-1-

DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION NO. 31

