# EXHIBIT J

# BEST GLOBAL BRANDS

## 2007 RANKING

12

EXHIBIT J
Page 2

Interbrand

| 2007 Rank | 2006 Rank | Brand | Logo | Country of origin | Sector | 2007 Brand value ($m) | Change in brand value |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Coca-Cola | Coca-Cola | US | Beverages | 65,324 | -3% |
| 2 | 2 | Microsoft | Microsoft | US | Computer Software | 58,709 | 3% |
| 3 | 3 | IBM | IBM | US | Computer Services | 57,091 | 2% |
| 4 | 4 | GE | GE | US | Diversified | 51,569 | 5% |
| 5 | 6 | Nokia | NOKIA | Finland | Consumer Electronics | 33,696 | 12% |
| 6 | 7 | Toyota | TOYOTA | Japan | Automotive | 32,070 | 15% |
| 7 | 5 | Intel | intel | US | Computer Hardware | 30,954 | -4% |
| 8 | 9 | McDonald's | M | US | Restaurants | 29,398 | 7% |
| 9 | 8 | Disney | Disney | US | Media | 29,210 | 5% |
| 10 | 10 | Mercedes | Mercedes-Benz | Germany | Automotive | 23,568 | 8% |
| 11 | 11 | Citi | citi | US | Financial Services | 23,443 | 9% |
| 12 | 13 | Hewlett-Packard | hp | US | Computer Hardware | 22,197 | 9% |
| 13 | 15 | BMW | BMW | Germany | Automotive | 21,612 | 10% |
| 14 | 12 | Marlboro | Marlboro | US | Tobacco | 21,283 | 0% |
| 15 | 14 | American Express | | US | Financial Services | 20,827 | 6% |
| 16 | 16 | Gillette | Gillette | US | Personal Care | 20,415 | 4% |
| 17 | 17 | Louis Vuitton | LV | France | Luxury | 20,321 | 15% |
| 18 | 18 | Cisco | CISCO | US | Computer Services | 19,099 | 9% |
| 19 | 19 | Honda | HONDA | Japan | Automotive | 17,998 | 6% |
| 20 | 24 | Google | Google | US | Internet Services | 17,837 | 44% |

13

Best Global Brands

| 2006 Rank | 2005 Rank | Brand | | Country of origin | Sector | 2006 Brand Value ($m) | Change in brand value |
|---|---|---|---|---|---|---|---|
| 21 | 20 | Samsung | SAMSUNG | Republic of Korea | Consumer Electronics | 16.853 | 4% |
| 22 | 21 | Merrill Lynch | Merrill Lynch | US | Financial Services | 13,343 | 10% |
| 23 | 28 | HSBC | HSBC | UK | Financial Services | 13,563 | 17% |
| 24 | 23 | Nescafé | NESCAFÉ | Switzerland | Beverages | 12,950 | 4% |
| 25 | 26 | Sony | SONY | Japan | Consumer Electronics | 12,907 | 10% |
| 26 | 22 | Pepsi | PEPSI | US | Beverages | 12,688 | 2% |
| 27 | 29 | Oracle | ORACLE | US | Computer Software | 12,448 | 9% |
| 28 | 32 | UPS | UPS | US | Transportation | 12,013 | 12% |
| 29 | 31 | Nike | NIKE | US | Sporting Goods | 12,004 | 10% |
| 30 | 27 | Budweiser | Budweiser | US | Alcohol | 11,662 | 0% |
| 31 | 25 | Dell | DELL | US | Computer Hardware | 11,554 | -6% |
| 32 | 33 | JPMorgan | JPMorgan | US | Financial Services | 11,433 | 12% |
| 33 | 39 | Apple | Apple | US | Computer Hardware | 11,037 | 21% |
| 34 | 34 | SAP | SAP | Germany | Computer Software | 10,850 | 8% |
| 35 | 37 | Goldman Sachs | | US | Financial Services | 10,663 | 11% |
| 36 | 35 | Canon | Canon | Japan | Computer Hardware | 10,581 | 6% |
| 37 | 36 | Morgan Stanley | Morgan Stanley | US | Financial Services | 10,340 | 6% |
| 38 | 41 | Ikea | IKEA | Sweden | Home Furnishings | 10,087 | 15% |
| 39 | 42 | UBS | UBS | Switzerland | Financial Services | 9,838 | 13% |
| 40 | 40 | Kellogg's | Kellogg's | US | Food | 9,341 | 6% |

14

EXHIBIT J
Page 4

Interbrand

| 2007 Rank | 2006 Rank | Brand | | Country of origin | Sector | 2007 Brand value $m | Change in brand value |
|---|---|---|---|---|---|---|---|
| 41 | 30 | Ford | | US | Automotive | 8.982 | -19% |
| 42 | 48 | Philips | PHILIPS | Netherlands | Diversified | 7.741 | 15% |
| 43 | 44 | Siemens | SIEMENS | Germany | Diversified | 7.737 | -1% |
| 44 | 51 | Nintendo | Nintendo | Japan | Consumer Electronics | 7.730 | 18% |
| 45 | 45 | Harley-Davidson | | US | Automotive | 7.718 | 0% |
| 46 | 46 | Gucci | GUCCI | Italy | Luxury | 7.697 | 8% |
| 47 | New | AIG | AIG | US | Financial Services | 7.490 | New |
| 48 | 47 | eBay | eBay | US | Internet Services | 7.456 | 10% |
| 49 | New | AXA | AXA | France | Financial Services | 7.327 | New |
| 50 | 49 | Accenture | accenture | US | Computer Services | 7.296 | 8% |
| 51 | 53 | L'Oréal | L'ORÉAL | France | Personal Care | 7.045 | 10% |
| 52 | 50 | MTV | MTV | US | Media | 6.907 | 4% |
| 53 | 54 | Heinz | Heinz | US | Food | 6.544 | 5% |
| 54 | 56 | Volkswagen | VW | Germany | Automotive | 6.511 | 8% |
| 55 | 55 | Yahoo! | YAHOO! | US | Internet Services | 6.067 | 0% |
| 56 | 57 | Xerox | XEROX | US | Computer Hardware | 6.050 | 2% |
| 57 | 58 | Colgate | Colgate | US | Personal Care | 6.025 | 7% |
| 58 | 61 | Chanel | CHANEL | France | Luxury | 5.830 | 13% |
| 59 | 59 | Wrigley | WRIGLEY | US | Food | 5.777 | 6% |
| 60 | 60 | KFC | | US | Restaurants | 5.682 | 6% |

15

Best Global Brands

| 2007 Rank | 2005 Rank | Brand | Country of origin | Sector | 2007 Brand value $m | Change in brand value |
|---|---|---|---|---|---|---|
| 61 | 52 | Gap | US | Apparel | 5,481 | -15% |
| 62 | 65 | Amazon.com | US | Internet Services | 5,411 | 15% |
| 63 | 63 | Nestlé | Switzerland | Food | 5,314 | 8% |
| 64 | 73 | Zara | Spain | Apparel | 5,165 | 22% |
| 65 | 62 | Avon | US | Personal Care | 5,105 | 1% |
| 66 | 68 | Caterpillar | US | Diversified | 5,059 | 10% |
| 67 | 67 | Danone | France | Food | 5,019 | 8% |
| 68 | 74 | Audi | Germany | Automotive | 4,866 | 17% |
| 69 | 71 | adidas | Germany | Sporting Goods | 4,767 | 11% |
| 70 | 64 | Kleenex | US | Personal Care | 4,600 | -5% |
| 71 | 72 | Rolex | Switzerland | Luxury | 4,589 | 8% |
| 72 | 75 | Hyundai | Republic of Korea | Automotive | 4,453 | 9% |
| 73 | 81 | Hermès | France | Luxury | 4,255 | 10% |
| 74 | 66 | Pizza Hut | US | Restaurants | 4,254 | -9% |
| 75 | 80 | Porsche | Germany | Automotive | 4,235 | 8% |
| 76 | 78 | Reuters | UK | Media | 4,197 | 6% |
| 77 | 69 | Motorola | US | Consumer Electronics | 4,149 | -9% |
| 78 | 77 | Panasonic | Japan | Consumer Electronics | 4,135 | 4% |
| 79 | 82 | Tiffany & Co. | US | Luxury | 4,003 | 5% |
| 80 | New | Allianz | Germany | Financial Services | 3,957 | New |

16

EXHIBIT J
Page 6

Interbrand

| 2007 Rank | 2005 Rank | Brand | Logo | Country of origin | Sector | 2007 Brand Value ($m) | Change in brand value |
|---|---|---|---|---|---|---|---|
| 81 | 85 | ING | ING | Netherlands | Financial Services | 3,880 | 12% |
| 82 | 70 | Kodak | Kodak | US | Consumer Electronics | 3,874 | -12% |
| 83 | 86 | Cartier | Cartier | France | Luxury | 3,852 | 15% |
| 84 | 76 | BP | | UK | Energy | 3,794 | -5% |
| 85 | 87 | Moët & Chandon | MOËT & CHANDON | France | Alcohol | 3,739 | 15% |
| 86 | 79 | Kraft | KRAFT | US | Food | 3,732 | -5% |
| 87 | 83 | Hennessy | Hennessy | France | Alcohol | 3,638 | 2% |
| 88 | 91 | Starbucks | | US | Restaurants | 3,631 | 17% |
| 89 | 84 | Duracell | DURACELL | US | Consumer Electronics | 3,605 | 1% |
| 90 | 88 | Johnson & Johnson | | US | Personal Care | 3,445 | 8% |
| 91 | 93 | Smirnoff | | UK | Alcohol | 3,379 | 11% |
| 92 | 92 | Lexus | LEXUS | Japan | Automotive | 3,354 | 9% |
| 93 | 89 | Shell | | Netherlands | Energy | 3,331 | 5% |
| 94 | 96 | Prada | PRADA | Italy | Luxury | 3,287 | 14% |
| 95 | 98 | Burberry | BURBERRY | UK | Luxury | 3,221 | 16% |
| 96 | 99 | Nivea | NIVEA | Germany | Personal Care | 3,116 | 16% |
| 97 | 94 | LG | | Republic of Korea | Consumer Electronics | 3,100 | 3% |
| 98 | 90 | Nissan | NISSAN | Japan | Automotive | 3,072 | -1% |
| 99 | New | Polo RL | Polo Ralph Lauren | US | Luxury | 3,046 | New |
| 100 | New | Hertz | Hertz | US | Automotive | 3,026 | New |

17