# EXHIBIT M