# EXHIBIT N

Pursuant to the sum
(Attached for information to be new)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 78435436**
**Filing Date: 06/15/2004**

---

### The table below presents the data as entered.

| | |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\ticrs\EXPORT10\IMAGEOUT 10\784\354\78435436\xml1\ APP0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of TWO HANDSTITCHED X'S SIDE BY SIDE. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 392 x 473 |
| **OWNER SECTION** | |
| NAME | HECHT, MICHAEL D. |
| STREET | 743 LAMBERT DRIVE NE |
| CITY | ATLANTA |
| STATE | GA |
| ZIP/POSTAL CODE | 30324 |
| COUNTRY | USA |
| PHONE | 404-347-9393 |
| FAX | 404-347-9354 |
| EMAIL | MIKE@PROJECTECLOTHING.COM |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **LEGAL ENTITY SECTION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | USA |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | CLOTHING, NAMELY T-SHIRTS, SHIRTS, POLOS, SWEATSHIRTS, SKIRTS, DRESSES, PANTS, SHORTS, HATS, AND BELTS |
| FILING BASIS | Section 1(a) |

EXHIBIT N
Page 2

| FIRST USE ANYWHERE DATE | At least as early as 01/01/2004 |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2004 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT10\IMAGEOUT 10\784\354\78435436\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | SCANNED PHOTOGRAPH OF GARMENT WHERE THESE MARKINGS ARE USED |

**SIGNATURE SECTION**

| SIGNATORY FILE | \\ticrs\EXPORT10\IMAGEOUT 10\784\354\78435436\xml1\APP0004.JPG |
|---|---|

**PAYMENT SECTION**

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |

**CORRESPONDENCE SECTION**

| NAME | HECHT, MICHAEL D. |
|---|---|
| STREET | 743 LAMBERT DRIVE NE |
| CITY | ATLANTA |
| STATE | GA |
| ZIP/POSTAL CODE | 30324 |
| COUNTRY | USA |
| EMAIL | MIKE@PROJECTECLOTHING.COM |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

**FILING INFORMATION**

| SUBMIT DATE | Tue Jun 15 14:36:45 EDT 2004 |
|---|---|
| TEAS STAMP | USPTO/BAS-64238101208-200 40615143645441296-7843543 6-2005edf911b51bae08732f6 c9a8dd7bcd74-CC-1210-2004 0615142838551040 |

---

## Trademark/Service Mark Application, Principal Register

**Serial Number: 78435436**
**Filing Date: 06/15/2004**

### To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The mark consists of TWO HANDSTITCHED X'S SIDE BY SIDE.

The applicant, MICHAEL D. HECHT, a citizen of USA, residing at 743 LAMBERT DRIVE NE , ATLANTA, GA, USA, 30324, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

   International Class 025: CLOTHING, NAMELY T-SHIRTS, SHIRTS, POLOS, SWEATSHIRTS, SKIRTS, DRESSES, PANTS, SHORTS, HATS, AND BELTS

In International Class 025, the mark was first used at least as early as 01/01/2004, and first used in commerce at least as early as 01/01/2004, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) SCANNED PHOTOGRAPH OF GARMENT WHERE THESE MARKINGS ARE USED.

   Specimen - 1

The USPTO is authorized to communicate with the applicant or its representative at the following email address: MIKE@PROJECTECLOTHING.COM.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature:

Signatory's Signature: Signature

Mailing Address:
   HECHT, MICHAEL D.
   743 LAMBERT DRIVE NE
   ATLANTA, GA 30324

RAM Sale Number: 1210

RAM Accounting Date: 06/15/2004

Serial Number: 78435436

Internet Transmission Date: Tue Jun 15 14:36:45 EDT 2004

TEAS Stamp: USPTO/BAS-64238101208-200406151436454412 96-78435436-2005edf911b51bae08732f6c9a8d d7bcd74-CC-1210-20040615142838551040



EXHIBIT N
Page 5



**APPLICANT NAME:** HECHT, MICHAEL D.
**MARK:** Stylized or/and Design

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: _____ Date: _6-9-04_
Signatory's Name: _Michael D Hecht_
Signatory's Position: _President_

Go Back

# Petition To Revive Abandoned Application - Failure To Respond Timely To Office Action

## The table below presents the data as entered.

| | |
|---|---|
| **SERIAL NUMBER** | 78435436 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **DATE OF NOTICE OF ABANDONMENT** | 08/30/2005 |
| **PETITION** | |
| PETITION STATEMENT | Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application. |
| **RESPONSE TO OFFICE ACTION** | |
| **MARK SECTION (current)** | |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of TWO HANDSTITCHED X'S SIDE BY SIDE. |
| **MARK SECTION (proposed)** | |
| MARK FILE NAME | \\TICRS\EXPORT8\IMAGEOUT8 \784\354\78435436\xml1\PO A0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | XX |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of TWO HANDSTITCHED X'S SIDE BY SIDE. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 2544 x 3294 |
| **OWNER SECTION (no change)** | |

| LEGAL ENTITY SECTION (no change) | |
|---|---|

**ARGUMENT(S)**

This is submitted in response to the Office Action e-mailed to Applicant on January 25, 2005.

### Section 2(d)Likelihood of Confusion:

The Examining Attorney has refused registration for Applicant?s mark under Section 2(d) of the Trademark Act on the basis of likelihood of confusion with U.S. Registration No. 2792996 for XX in Class 25,

registered to Christopher P. Santos, an individual (the "Registrant"). Applicant filed a Petition to Cancel Registration No. 2792996 on February 18, 2005, which Petition was granted on September 14, 2005.

Applicant respectfully submits that the refusal of registration of Applicant's mark should be withdrawn for in light of the cancellation of Registration No. 2792996.

### Drawing:

Applicant confirms that it only wishes to register the XX portion of the mark show on the drawing page originally submitted by Applicant. Accordingly, Applicant submits a new drawing page attached hereto. The shirt depicted on the drawing page is not a feature of the mark and is depicted in broken lines to show the placement of the mark only. Applicant confirms that it wishes to claim a stylized drawing of the Mark described as two hand-stitched Xs side by side.

**GOODS AND/OR SERVICES SECTION (current)**

| INTERNATIONAL CLASS | 025 |
|---|---|
| DESCRIPTION | |

CLOTHING, NAMELY T-SHIRTS, SHIRTS, POLOS, SWEATSHIRTS, SKIRTS, DRESSES, PANTS, SHORTS, HATS, AND BELTS

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 01/01/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2004 |

**GOODS AND/OR SERVICES SECTION (proposed)**

| INTERNATIONAL CLASS | 025 |
|---|---|
| DESCRIPTION | |

CLOTHING, NAMELY T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SKIRTS, DRESSES, PANTS, SHORTS, HATS, AND BELTS

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 01/01/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2004 |

**PAYMENT SECTION**

| TOTAL AMOUNT | 100 |
|---|---|
| TOTAL FEES DUE | 100 |

**SIGNATURE SECTION**

| | |
|---|---|
| DECLARATION SIGNATURE | /christa d. perez/ |
| SIGNATORY'S NAME | christa d. perez |
| SIGNATORY'S POSITION | attorney |
| DATE SIGNED | 10/18/2005 |
| RESPONSE SIGNATURE | /christa d. perez/ |
| SIGNATORY'S NAME | christa d. perez |
| SIGNATORY'S POSITION | attorney |
| DATE SIGNED | 10/18/2005 |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Tue Oct 18 19:15:37 EDT 2005 |
| TEAS STAMP | USPTO/POA-68.165.181.90-2<br>0051018191537724764-78435<br>436-3002714731b3478e52c6d<br>9490567e922781-CC-765-200<br>51018184128805095 |

## Petition To Revive Abandoned Application - Failure To Respond Timely To Office Action

## To the Commissioner for Trademarks:

Application serial no. **78435436** is amended as follows:

**PETITION**

**Petition Statement**

Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application.

**RESPONSE TO OFFICE ACTION**

**Mark**

Applicant proposes to amend the mark as follows:

Original: (Stylized and/or with Design)

The mark consists of TWO HANDSTITCHED X'S SIDE BY SIDE.

Proposed: XX (Stylized and/or with Design, see mark)

The mark consists of TWO HANDSTITCHED X'S SIDE BY SIDE.

**Argument(s)**

In response to the substantive refusal(s), please note the following:

This is submitted in response to the Office Action e-mailed to Applicant on January 25, 2005.

## Section 2(d)Likelihood of Confusion:

The Examining Attorney has refused registration for Applicant?s mark under Section 2(d) of the Trademark Act on the basis of likelihood of confusion with U.S. Registration No. 2792996 for XX in Class

25, registered to Christopher P. Santos, an individual (the "Registrant"). Applicant filed a Petition to Cancel Registration No. 2792996 on February 18, 2005, which Petition was granted on September 14,

2005. Applicant respectfully submits that the refusal of registration of Applicant's mark should be withdrawn for in light of the cancellation of Registration No. 2792996.

## Drawing:

Applicant confirms that it only wishes to register the XX portion of the mark show on the drawing page originally
submitted by Applicant. Accordingly, Applicant submits a new drawing page attached hereto. The shirt depicted on
the drawing page is not a feature of the mark and is depicted in broken lines to show the placement of the mark only. Applicant confirms that it wishes to claim a stylized drawing of the Mark described as
two hand-stitched Xs side by side.

## Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**

Current: Class 025 for CLOTHING, NAMELY T-SHIRTS, SHIRTS, POLOS, SWEATSHIRTS, SKIRTS, DRESSES, PANTS, SHORTS, HATS, AND BELTS

Original Filing Basis: 1(a).

Proposed: Class 025 for CLOTHING, NAMELY T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SKIRTS, DRESSES, PANTS, SHORTS, HATS, AND BELTS

## Fees

Fee(s) in the amount of $100 is being submitted.

## Declaration Signature

If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii). If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date. 37 C.F.R. Secs. 2.34(a)(1)(i). The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /christa d. perez/    Date: 10/18/2005
Signatory's Name: christa d. perez
Signatory's Position: attorney

## Petition/Response Signature

Signature: /christa d. perez/    Date: 10/18/2005
Signatory's Name: christa d. perez
Signatory's Position: attorney

Serial Number: 78435436
Internet Transmission Date: Tue Oct 18 19:15:37 EDT 2005
TEAS Stamp: USPTO/POA-68.165.181.90-2005101819153772
4764-78435436-3002714731b3478e52c6d94905
67e922781-CC-765-20051018184128805095

