# EXHIBIT O



EXHIBIT O
Page 2

# VINTAGE AMERICANA

~~8/15/04 - 9/15/04~~
~~9/16/04 - 10/15/04~~
10/16/04 - 11/15/04
11/16/04 - 12/15/04

SOLD OUT!

**MO413 - ROCKY'S RADIATOR**
*(MBTVBO) Men's Basic Tee - Vintage Burnt Orange*

**MO412 - FREDDIE'S STRIP JOINT**
*(MBTVIN) Men's Basic Tee - Vintage Indigo*

**MO411 - BIG RIG MOVING**
*(MBTVAG) Men's Basic Tee - Vintage Army Green*

**MO414 - DUBLIN DOWN**
*(MBTVKL) Men's Basic Tee - Vintage Kohl*

**MO415 - ROAD KILL TRUCK**
*(MBTVCY) Men's Basic Tee - Vintage Cayenne*



MBT
$15

**Men's Basic Tee**
S/S Men's Basic Tee
100% Cotton Jersey
M - L - XL

PIGMENT DYED

Pre-Pack
M-1, L-3, XL-2
ONLY



Project**e**
EVOLUTION IN CLOTHING

2

EXHIBIT O
Page 3

# WORDS

~~8/15/04 - 9/15/04~~
~~9/16/04 - 10/15/04~~
10/16/04 - 11/15/04
11/16/04 - 12/15/04



**MO450- DON'T RUIN THIS**
*(MBTVBO) Men's Basic Tee -*
*Vintage Burnt Orange*



**MO448 - LOST YOUR NUMBER**
*(MBTVIN) Men's Basic Tee - Vintage Indigo*



**MO447 - SHE LOOKED GOOD**
*(MBTVAG) Men's Basic Tee -*
*Vintage Army Green*



**MO449 - UNTIL YOU'RE CAUGHT**
*(MBTVKL) Men's Basic Tee - Vintage Kohl*



**MO446 - MOM SAYS HI**
*(MBTVCY) Men's Basic Tee - Vintage Cayenne*



**Men's Basic Tee**
S/S Men's Basic Tee
100% Cotton Jersey
M - L - XL

PIGMENT-DYED
Pre-Pack
M-1, L-3, XL-2
ONLY



# PREPPY EVENTS

8/15/04 - 9/15/04
9/16/04 - 10/15/04
10/16/04 - 11/15/04
11/16/04 - 12/15/04



**MO461 - ESCORT SERVICE**
(MDRDB) Men's Ringer Tee - Desert Blue

**MO463 - HAMPTON'S YACHT**
(MDRCS) Men's Ringer Tee - Crimson





**MO462 - WELLESLEY GOLF**
(MDRGS) Men's Ringer Tee - Grass

**MO464 - NEWPORT POLO**
(MDRCH) Men's Ringer Tee - Charcoal



MDR
$16

**Men's Ringer Tee**
S/S Deconstructed Heather Ringer
50 Cotton 50 Poly
M - L - XL



Pre Pack
M-1, L-3, XL-2
ONLY



Project **e**
EVOLUTION IN CLOTHING

4

EXHIBIT O
Page 5

# COMPANY LOGOS

~~9/16/04 - 10/15/04~~ *SOLD OUT!*
10/16/04 - 11/15/04
11/16/04 - 12/15/04



**MO445- TAXI FARE**
*(MBTVBO) Men's Basic Tee -*
*Vintage Burnt Orange*



**MO441 - SURFING CHAMPIONSHIP**
*(MBTVIN) Men's Basic Tee - Vintage Indigo*



**MO442 - O'BRIEN'S HEATING**
*(MBTVAG) Men's Basic Tee -*
*Vintage Army Green*



**MO440 - STREET LEGAL**
*(MBTVKL) Men's Basic Tee - Vintage Kohl*



**MO443 - FLOYD'S BARBER**
*(MBTVCY) Men's Basic Tee - Vintage Cayenne*



MBT
$15

**Men's Basic Tee**
S/S Men's Basic Tee
100% Cotton Jersey
M - L - XL

*PIGMENT-DYED*

*Pre-Pack*
*M-1, L-3, XL-2*
*ONLY*



5

# EDGIER DESIGNS

# WITH HAND GRINDING

*9/16/04 - 10/15/04*
*10/16/04 - 11/15/04*
*11/16/04 - 12/15/04*



**MO436 - KING COBRA**
(MGTWG) Men's Grinded Tee - Wintergreen



**MO437 - CHEROKEE IRON**
(MGTEG) Men's Grinded Tee - Eggplant



**MO435 - ACE'S HIGH**
(MGTCF) Men's Grinded Tee - Coffee



**MO438 - FREEDOM EAGLE**
(MGTNY) Men's Grinded Tee - Navy



**MGT $24**

**Men's Grinded Tee**
100% Cotton Jersey
with Grinded Edges
M - L - XL



6

# I'D RATHER BE

**10/16/04 - 11/15/04**
**11/16/04 - 12/15/04**



**MO468 - AIR HOCKEY**
(MDRDB) Men's Ringer Tee - Desert Blue



**MO466 - PLAYING PINBALL**
(MDRCS) Men's Ringer Tee - Crimson



**MO467 - DISCO DANCING**
(MDRGS) Men's Ringer Tee - Grass



**MO465 - KUNG FU FIGHTING**
(MDRCH) Men's Ringer Tee - Charcoal



**MDR**
**$16**

**Men's Ringer Tee**
S/S Deconstructed Heather Ringer
50 Cotton 50 Poly
M - L - XL

Pre-Pack
M-1, L-3, XL-2
ONLY



*7*

# TATOO THERMALS        WITH HAND GRINDING

**10/16/04 - 11/15/04**
**11/16/04 - 12/15/04**



**MO472 - KOI FISH**
(MTHVGD) Men's Grinded Thermal
Vintage Gold



**MO473 - DRAGON**
(MTHVCO) Men's Grinded Thermal
Vintage Cocoa



**MO471 - DAGGER W/ THORNS**
(MTHVKL) Men's Grinded Thermal
Vintage Kohl



**MO474 - HEART SAYS MOM**
(MTHVBO) Men's Grinded Thermal
Vintage Burnt Orange



MTH
$30
**Men's Grinded Thermal**
100% Cotton Thermal
with Grinded Edges
M - L - XL

PREVENT LOVED
Pre-Pack
M-3, L-3, XL-3
ONLY



*8*

# EMBELLISHED POLOS

## HAND EMBROIDERY & GRINDING

~~8/15/04 - 9/15/04~~
~~9/16/04 - 10/15/04~~
10/16/04 - 11/15/04
11/16/04 - 12/15/04



**MO488 - VTG GOLD**
(MEPVGD) Men's Decon.
Embellished Polo
Vintage Gold



**MO489 - VTG COFFEE**
(MEPVCF) Men's Decon.
Embellished Polo
Vintage Coffee



**MO486 - VTG GRASS**
(MEPVGS) Men's Decon.
Embellished Polo
Vintage Grass



**MO487 - VTG EGGPLANT**
(MEPVEG) Men's Decon.
Embellished Polo
Vintage Eggplant



**MO490 - VTG INDIGO**
(MEPVIN) Men's Decon.
Embellished Polo
Vintage Indigo



MEP $27

**Deconstructed
Embroidered Polo**
100% Cotton Pique
M - L - XL



9

**Project e**
evolution in CLOTHING

EXHIBIT O
Page 10

# STRIPED POLOS

## HAND EMBROIDERY & GRINDING

*10/16/04 - 11/15/04*
*11/16/04 - 12/15/04*



**MO480 - VTG BERRY**
*(MSPVBY) Men's Decon.*
*Striped Embellished Polo*
*Vintage Berry*



**MO482 - VTG AVOCADO**
*(MSPVAV) Men's Decon.*
*Striped Embellished Polo*
*Vintage Avocado*



**MO481 - VTG BLUE LIGHT**
*(MSPVBT) Men's Decon.*
*Striped Embellished Polo*
*Vintage Blue Light*



**MSP**
**$29**

**Striped Deconstructed**
**Embroidered Polo**
90-10 Cotton/Poly Pique
M - L - XL

PIGMENT-DYED

Pre-Pack
M-2, L-2, XL-2
ONLY



*10*

# EMBELLISHED SWEATER

### EMBELLISHED WITH HAND EMBROIDERY & GRINDING

*All Garments Pigment-Dyed*

**10/16/04 - 11/15/04**
**11/16/04 - 12/15/04**



**MO479 - COFFEE**
(MCSVCF) Men's Decon. Crew Neck Sweater
Vintage Coffee



**MO477 - KOHL**
(MCSVKL) Men's Decon. Crew Neck Sweater
Vintage Kohl



**MO478 - GRASS**
(MCSVGS) Men's Decon. Crew Neck Sweater
Vintage Grass



*MCS*
*$37*
**Men's Crew Neck Sweater**
100% Cotton with Grinded Edges
M - L - XL

*MCS*
*Pre-Pack ONLY*
*M-2, L-2, XL-2*



PROJECT E VINTAGE
WE DESIGNED THIS GARMENT TO STAND OUT FROM ALL THE REST. EMBRACE THE IMPERFECTIONS OF YOUR SHIRT. THE HOLES, SHIBARI AND SPOTS HELP CREATE THE "VINTAGE LOOK"

**11**

# MEN'S GARAGE TEE

### HAND GRINDING & PAINT SPLATTERS



11/16/04 - 12/15/04
12/16/04 - 1/15/05

**MO451- HAWAIIAN RAYS**
(MGAFBR) Men's Garage Tee - Fade Brown

**MO452- WAIMEA WAVE**
(MGAFKL) Men's Garage Tee - Fade Kohl



**MO453- NIJIMA**
(MGAFHT) Men's Garage Tee - Fade Hunter

**(back)**



MGA
$28

**Men's Garage Tee**
M - L - XL
100% Cotton Jersey

MGA
Pre-Pack ONLY
M-1, L-3, XL-2

12

EXHIBIT O
Page 13

# ORDERING INFORMATION

## Terms
*All orders are subject to credit approval. All first time orders will be shipped C.O.D. certified funds. Company checks can be approved with a current bank reference. Net 30 days can be established after the first order with an acceptable rating from Dun & Bradstreet and a completed Project E credit application. Any account without satisfactory credit approval will be shipped C.O.D. certified or prepaid. Delinquent accounts will be charged 1.5 percent interest per month.*

## Ordering and Minimums
*All orders are subject to approval from Project E. Minimum order is 36 pieces – six pieces per design, per color, and per style.*

## Shipping
*F.O.B. Atlanta, Georgia. All orders will be shipped UPS Ground unless otherwise requested and approved by Project E. Customer pays all freight charges for all shipments.*

## International Shipping
*All international shipments will be charged an additional $25 handling fee for each purchase order.*

## Returns and Cancellations
*Project E must be notified within five business days of receipt of goods and any damaged or defective merchandise, or any other claim. Any merchandise that is to be returned to Project E must have a return authorization number (RA#) issued by Project E. RA# must be clearly visible on the returned cartons(s). Credit will be issued upon receipt and inspection of the goods. Unauthorized return will be refused. Any cancellation of an acknowledged Purchase Order must be given to Project E in writing.*

## Copyright
*All illustrations and designs are the exclusive property of, and are under copyright by Project E. Any use of these designs, either in whole or part, without the express consent of Project E is prohibited.*

## Vendor Disclaimer
*Airbrushing and specialty dyeing creates unique patterns and subtle shade differences from garment to garment. These characteristics in no way reflect damage or errors in manufacturing.*

## Call Toll Free: 800.218.9069
## Fax Number: 404.347.9354



### Sales Representatives

**West Coast**                                    **East Coast**

