# VINTAGE AMERICANA

~~7/1/04 - 7/31/04~~ SOLD OUT!
8/1/04 - 8/31/04
9/1/04 - 9/30/04
10/1/04 - 10/31/04

*All Garments Pigment-Dyed*



### F0422 - SPUR WEDDING
(DSTVRO) Double Scoop Tank - Vint. Rose
(CSTVRO) Decon. Capsleeve Tee - Vint. Rose
(LDTVRO) Decon. Long Sleeve Tee - Vint. Rose



### F0424 - HARD LUCK
(DSTVGS) Double Scoop Tank - Vint. Grass
(CSTVGS) Decon. Capsleeve Tee - Vint. Grass
(LDTVGS) Decon. Long Sleeve Tee - Vint. Grass



### F0421 - MISS KITTY'S
(DSTVPR) Double Scoop Tank - Vint. Purple
(CSTVPR) Decon. Capsleeve Tee - Vint. Purple
(LDTVPR) Decon. Long Sleeve Tee - Vint. Purple



**DST $9**
**Double Scoop Tank**
100% Cotton 2x1 Rib
S - M - L



**CST $12**
**Deconstructed Capsleeve Tee**
100% Sheer Pima Cotton Jersey
S - M - L

**LDT $16**
**Long Sleeve De-Constructed Sheer Tee**
100% Cotton Sheer Pima Jersey
S - M - L



**Project e** — evolution in CLOTHING

1

# VINTAGE AMERICANA

~~7/1/04 – 7/31/04~~ SOLD OUT!  All Garments
8/1/04 – 8/31/04  Pigment-Dyed
9/1/04 – 9/30/04
10/1/04 – 10/31/04



**F0425 - SMOKING GUN**
(DSTDBK) Double Scoop Tank - Dk. Black
(CSTDBK) Decon. Capsleeve Tee - Dk. Black
(LDTDBK) Decon. Long Sleeve Tee - Dk. Black



**F0423 - BLAZING SADDLES**
(DSTVCS) Double Scoop Tank - Vint. Crimson
(CSTVCS) Decon. Capsleeve Tee - Vint. Crimson
(LDTVCS) Decon. Long Sleeve Tee - Vint. Crimson



**F0426 - DESERT INN**
(DSTVTD) Double Scoop Tank - Vint. Tide
(CSTVTD) Decon. Capsleeve Tee - Vint. Tide
(LDTVTD) Decon. Long Sleeve Tee - Vint. Tide



**DST $9**
**Double Scoop Tank**
100% Cotton 2x1 Rib
S - M - L



**CST $12**
**Deconstructed Capsleeve Tee**
100% Sheer Pima Cotton Jersey
S - M - L

**LDT $16**
**Long Sleeve De-Constructed Sheer Tee**
100% Cotton Sheer Pima Jersey
S - M - L



**Project e**
evolution in CLOTHING

2

# WORDS

7/1/04 - 7/31/04 ~~SOLD OUT~~
8/1/04 - 8/31/04
9/1/04 - 9/30/04
10/1/04 - 10/31/04

All Garments Pigment Dyed



**F0432 - YOUR BOYFRIEND**
(DSTVRO) Double Scoop Tank - Vint. Rose
(CSTVRO) Decon. Capsleeve Tee - Vint. Rose
(LDTVRO) Decon. Long Sleeve Tee - Vint. Rose



**F0436 - REPLACEABLE**
(DSTVGS) Double Scoop Tank - Vint. Grass
(CSTVGS) Decon. Capsleeve Tee - Vint. Grass
(LDTVGS) Decon. Long Sleeve Tee - Grass



**F0435 - LOOKING COWBOY**
(DSTVPR) Double Scoop Tank - Vint. Purple
(CSTVPR) Decon. Capsleeve Tee - Vint. Purple
(LDTVPR) Decon. Long Sleeve Tee - Vint. Purple



**DST $9**
**Double Scoop Tank**
100% Cotton 2x1 Rib
S - M - L



**CST $12**
**Deconstructed Capsleeve Tee**
100% Sheer Pima Cotton Jersey
S - M - L

**LDT $16**
**Long Sleeve De-Constructed Sheer Tee**
100% Cotton Sheer Pima Jersey
S - M - L



project e
evolution in CLOTHING

3

EXHIBIT O
Page 18

# WORDS

~~7/1/04 - 7/31/04~~ SOLD OUT!    All Garments Pigment-Dyed
8/1/04 - 8/31/04
9/1/04 - 9/30/04
10/1/04 - 10/31/04



**F0431 - OUT OF LEAGUE**
(DSTDBK) Double Scoop Tank - Dk. Black
(CSTDBK) Decon. Capsleeve Tee - Dk. Black
(LDTDBK) Decon. Long Sleeve Tee - Dk. Black



**F0434 - LIFE OF PARTY**
(DSTVCS) Double Scoop Tank - Vint. Crimson
(CSTVCS) Decon. Capsleeve Tee - Vint. Crimson
(LDTVCS) Decon. Long Sleeve Tee- Vint. Crimson



**F0433 - NOT THE BOSS**
(DSTVTD) Double Scoop Tank - Vint. Tide
(CSTVTD) Decon. Capsleeve Tee - Vint. Tide
(LDTVTD) Decon. Long Sleeve Tee - Vint. Tide



| DST $9 | CST $12 | LDT $16 |
|---|---|---|
| **Double Scoop Tank** 100% Cotton 2x1 Rib S-M-L | **Deconstructed Capsleeve Tee** 100% Sheer Pima Cotton Jersey S-M-L | **Long Sleeve De-Constructed Sheer Tee** 100% Cotton Sheer Pima Jersey S-M-L |



Project e — evolution in CLOTHING

4

# PREPPY EVENTS



NEW! 7/1/04 - 7/31/04 SOLD OUT!
8/1/04 - 8/31/04
9/1/04 - 9/30/04
10/1/04 - 10/31/04



**F0414 - DEBUTANTE BALL**
(IGRRK) Inside-Out Grey Heather Ringer - Rock

**F0412 - IVY LEAGUE**
(IGRBY) Inside-Out Grey Heather Ringer - Berry





**F0411 - PALM SPRINGS**
(IGRBT) Inside-Out Grey Heather Ringer - Blue Light

**F0413 - WOODBURY PREP**
(IGRAL) Inside-Out Grey Heather Ringer - Algae



IGR
$12

**Inside Out Grey Heather Ringer**
90-10 Cotton/Poly Jersey
S - M - L

IGR
Pre-Pack ONLY
S-1, M-3, L-2

PROJECT E
VINTAGE
WE DESIGNED THIS
GARMENT TO STAND OUT
FROM ALL THE REST.
EMBRACE THE
IMPERFECTIONS OF YOUR
SHIRT. THE HOLES,
STREAKS AND SPOTS
HELP CREATE THE
VINTAGE LOOK!

5

# COMPANY LOGOS

## EMBELLISHED WITH HAND EMBROIDERY

NEW
8/1/04 - 8/31/04
9/1/04 - 9/30/04
10/1/04 - 10/31/04

*All Garments Pigment-Dyed*



**FO443 - FRENCHIE'S BEAUTY**
(EFSVEG) Embellished French Terry Sweatshirt - Vintage Eggplant



**FO444 - EDDIE'S GARAGE**
(EFSVKL) Embellished French Terry Sweatshirt - Vintage Kohl



**FO442 - ITALIAN HAWG**
(EFSVTD) Embellished French Terry Sweatshirt - Vintage Tide



**FO441 - MARIA'S MAID**
(EFSVCF) Embellished French Terry Sweatshirt - Vintage Coffee



EFS $27

EFS
Pre-Pack ONLY
S-1, M-2, L-2

**Embellished French Terry Sweatshirt**
95-5 Cotton/Lycra-French Terry
S - M - L

PROJECT E VINTAGE
WE DESIGNED THIS GARMENT TO STAND OUT FROM ALL THE REST. EMBRACE THE IMPERFECTIONS OF YOUR SHIRT. THE HOLES, STREAKS AND SPOTS HELP CREATE THE "VINTAGE LOOK."

7

# COUNTRY CLUB

*All Garments Pigment-Dyed*

9/1/04 - 9/30/04
10/1/04 - 10/31/04



**F0473 - CAPE COD YACHT**
(CSTVRO) Decon. Capsleeve Tee - Vint. Rose
(LDTVRO) Decon. Long Sleeve Tee - Vint. Rose



**F0472 - NANTUCKET POLO**
(CSTVTD) Decon. Capsleeve Tee - Vint. Tide
(LDTVTD) Decon. Long Sleeve Tee - Vint. Tide



**F0474 - FAIRVIEW RACQUET**
(CSTVGS) Decon. Capsleeve Tee - Vint. Grass
(LDTVGS) Decon. Long Sleeve Tee - Vint. Grass



**F0471 - BEL AIR CLUB**
(CSTVCS) Decon. Capsleeve Tee - Vint. Crimson
(LDTVCS) Decon. Long Sleeve Tee - Vint. Crimson



CST $12

**Deconstructed Capsleeve Tee**
100% Sheer Pima Cotton Jersey
S - M - L



LDT $16

**Long Sleeve De-Constructed Sheer Tee**
100% Cotton Sheer Pima Jersey
S - M - L

8



Project e
evolution in CLOTHING

# PORTRAITS

9/1/04 - 9/30/04
10/1/04 - 10/31/04

*All Garments Pigment-Dyed*




### F0461 - STELLA
(DSTVRO) Double Scoop Tank - Vint. Rose
(CSTVRO) Decon. Capsleeve Tee - Vint. Rose
(LDTVRO) Decon. Long Sleeve Tee - Vint. Rose



### F0463 - KATIE
(DSTVGS) Double Scoop Tank - Vint. Grass
(CSTVGS) Decon. Capsleeve Tee - Vint. Grass
(LDTVGS) Decon. Long Sleeve Tee - Vint. Grass



### F0466 - GRACE
(DSTVPR) Double Scoop Tank - Vint. Purple
(CSTVPR) Decon. Capsleeve Tee - Vint. Purple
(LDTVPR) Decon. Long Sleeve Tee - Vint. Purple



**DST $9**
**Double Scoop Tank**
100% Cotton 2x1 Rib
S - M - L



**CST $12**
**Deconstructed Capsleeve Tee**
100% Sheer Pima Cotton Jersey
S - M - L



**LDT $16**
**Long Sleeve De-Constructed Sheer Tee**
100% Cotton Sheer Pima Jersey
S - M - L



Project e
evolution in CLOTHING

9

# PORTRAITS

9/1/04 - 9/30/04
10/1/04 - 10/31/04

*All Garments Pigment-Dyed*



**F0465 - KRISSI**
(DSTDBK) Double Scoop Tank - Dk. Black
(CSTDBK) Decon. Capsleeve Tee - Dk. Black
(LDTDBK) Decon. Long Sleeve Tee - Dk. Black



**F0462 - SALLY**
(DSTVCS) Double Scoop Tank - Vint. Crimson
(CSTVCS) Decon. Capsleeve Tee - Vint. Crimson
(LDTVCS) Decon. Long Sleeve Tee - Vint. Crimson



**F0464 - CINDY**
(DSTVTD) Double Scoop Tank - Vint. Tide
(CSTVTD) Decon. Capsleeve Tee - Vint. Tide
(LDTVTD) Decon. Long Sleeve Tee - Vint. Tide



**DST $9**
**Double Scoop Tank**
100% Cotton 2x1 Rib
S - M - L



**CST $12**
**Deconstructed Capsleeve Tee**
100% Sheer Pima Cotton Jersey
S - M - L



**LDT $16**
**Long Sleeve De-Constructed Sheer Tee**
100% Cotton Sheer Pima Jersey
S - M - L



Project e
evolution in CLOTHING

10

# INTERNATIONAL DESTINATION — EMBELLISHED WITH HAND EMBROIDERY

*All Garments Pigment-Dyed*

9/1/04 - 9/30/04
10/1/04 - 10/31/04



**F0452 - CAIRO PYRAMID**
(EFSVEG) Embellished French Terry Sweatshirt - Vintage Eggplant



**F0454 - SINGAPORE RICKSHAW**
(EFSVKL) Embellished French Terry Sweatshirt - Vintage Kohl



**F0451 - VENICE GONDOLA**
(EFSVTD) Embellished French Terry Sweatshirt - Vintage Tide



**F0453 - FRANCE EIFFEL**
(EFSVCF) Embellished French Terry Sweatshirt - Vintage Coffee



EFS $27

**Embellished French Terry Sweatshirt**
95-5 Cotton/Lycra-French Terry
S - M - L

PROJECT E VINTAGE
WE DESIGNED THIS GARMENT TO STAND OUT FROM ALL THE REST. EMBRACE THE IMPERFECTIONS OF YOUR SHIRT. THE HOLES, STREAKS AND SPOTS HELP CREATE THE "VINTAGE LOOK."

11

# EMBELLISHED POLO
## EMBELLISHED WITH HAND EMBROIDERY & GRINDING

All Garments Pigment-Dyed

~~7/1/04 - 7/31/04~~ SOLD OUT
8/1/04 - 8/31/04
9/1/04 - 9/30/04
10/1/04 - 10/31/04



**FO490 - WHALES**
(DEPVTP) Decon. Embellished Polo
Vintage Tulip



**FO492 - RACQUETS**
(DEPVTQ) Decon. Embellished Polo
Vintage Turquoise



**FO491 - SAILBOATS**
(DEPVMN) Decon. Embellished Polo
Vintage Mint



**FO493 - DUCKS**
(DEPVIR) Decon. Embellished Polo
Vintage Iris



DEP $25
**Deconstructed Embellished Polo**
100% Cotton Pique
S - M - L



DEP
Pre-Pack Only

**PROJECT E VINTAGE**
WE DESIGNED THIS
GARMENT TO STAND OUT
FROM ALL THE REST
BECAUSE THE
IMPERFECTIONS OF YOUR
SHIRT, THE HOLES,
STREAKS AND SPOTS
HELP CREATE THE
VINTAGE LOOK!



12

# STRIPED POLO
## EMBELLISHED WITH HAND EMBROIDERY & GRINDING

*All Garments Pigment-Dyed*

9/1/04 - 9/30/04
10/1/04 - 10/31/04



**FO495 - TEAL**
(DSPVTL) Decon. Embellished Striped Polo
Vintage Teal



**FO498 - AVOCADO**
(DSPVAV) Decon. Embellished Striped Polo
Vintage Avocado



**FO496 - BERRY**
(DSPVBY) Decon. Embellished Polo
Vintage Berry



**FO499 - FIRE**
(DSPVFR) Decon. Embellished Polo
Vintage Fire



**FO497 - TURQUOISE**
(DSPVTQ) Decon. Embellished Polo
Vintage Turquoise



DSP $27

**Striped Deconstructed Embellished Polo**
100% Cotton Pique
S - M - L



DSP
Pre-Pack ONLY
S-2, M-3, L-2

**PROJECT E VINTAGE**
WE DESIGNED THIS GARMENT TO STAND OUT FROM ALL THE REST. EMBRACE THE IMPERFECTIONS OF YOUR SHIRT. THE HOLES, STREAKS AND SPOTS HELP CREATE THE "VINTAGE LOOK"

13

# EMBELLISHED SWEATER — EMBELLISHED WITH HAND EMBROIDERY & GRINDING

*All Garments Pigment-Dyed*

**10/1/04 - 10/31/04**
**11/1/04 - 11/30/04**



**FO481 - EGGPLANT**
(VSWVEG) Decon. V-Neck Sweater
Vintage Eggplant



**FO482 - FIRE**
(VSWVFR) Decon. V-Neck Sweater
Vintage Fire



**FO483 - GRASS**
(VSWVGS) Decon. V-Neck Sweater
Vintage Grass



VSW $35
**V-Neck Sweater**
100% Cotton with Grinded Edges
S - M - L

VSW
Pre-Pack ONLY
S-1, M-3, L-2

**PROJECT E VINTAGE**
WE DESIGNED THIS GARMENT TO STAND OUT FROM ALL THE REST. EMBRACE THE IMPERFECTIONS OF YOUR SHIRT. THE HOLES, STREAKS AND SPOTS HELP CREATE THE "VINTAGE LOOK."



14

# ORDERING INFORMATION

### Terms
All orders are subject to credit approval. All first time orders will be shipped C.O.D. certified funds. Company checks can be approved with a current bank reference. Net 30 days can be established after the first order with an acceptable rating from Dun & Bradstreet and a completed Project E credit application. Any account without satisfactory credit approval will be shipped C.O.D. certified or prepaid. Delinquent accounts will be charged 1.5 percent interest per month.

### Ordering and Minimums
All orders are subject to approval from Project E. Minimum order is 36 pieces – six pieces per design, per color, and per style.

### Shipping
F.O.B. Atlanta, Georgia. All orders will be shipped UPS Ground unless otherwise requested and approved by Project E. Customer pays all freight charges for all shipments.

### International Shipping
All international shipments will be charged an additional $25 handling fee for each purchase order.

### Returns and Cancellations
Project E must be notified within five business days of receipt of goods and any damaged or defective merchandise, or any other claim. Any merchandise that is to be returned to Project E must have a return authorization number (RA#) issued by Project E. RA# must be clearly visible on the returned cartons(s). Credit will be issued upon receipt and inspection of the goods. Unauthorized return will be refused. Any cancellation of an acknowledged Purchase Order must be given to Project E in writing.

### Copyright
All illustrations and designs are the exclusive property of, and are under copyright by Project E. Any use of these designs, either in whole or part, without the express consent of Project E is prohibited.

### Vendor Disclaimer
Airbrushing and specialty dyeing creates unique patterns and subtle shade differences from garment to garment. These characteristics in no way reflect damage or errors in manufacturing.

Call Toll Free: 800.218.9069
Fax Number: 404.347.9354


Project e
evolution in CLOTHING

**Sales Representatives**

West Coast                                              East Coast