# EXHIBIT P



# PREPSTER POLOS
## EMBELLISHED WITH GRINDING & HAND EMBROIDERY



7/16/06 - 8/15/06
8/16/06 - 9/15/06
9/16/06 - 10/15/06
10/16/06 - 11/15/06
All Garments Pigment-Dyed

**MF690 - PREPSTER**
(MEPVCHR) Men's Embellished Polo
Vintage Cherry

**MF691 - PREPSTER**
(MEPVBLB) Men's Embellished Polo
Vintage Blueberry

**MF693 - PREPSTER**
(MEPVMO) Men's Embellished Polo
Vintage Moss

**MF692 - PREPSTER**
(MEPVSA) Men's Embellished Polo
Vintage Sable

**MF694 - PREPSTER**
(MEPVPG) Men's Embellished Polo
Vintage Pigeon

**MEP $28**
Deconstructed Embellished Polo
100% Cotton Pique
M-L-XL

MEP Pre-Pack Only
M-2, L-2, XL-2


Project e²
evolution in CLOTHING

# EDGIER DESIGNS

7/16/06 - 8/15/06
8/16/06 - 9/15/06
9/16/06 - 10/15/06
10/16/06 - 11/15/06



**MF601 - HONG KONG HUSTLE**
(MBTSMK) Men's Basic Tee
Smoke



**MF602 - SHANGHAI SHOWDOWN**
(MBTCF) Men's Basic Tee
Coffee



**MF603 - ROYAL NAVY**
(MBTHB) Men's Basic Tee
Harbor

**MF604 - RED LIGHT EMPORIUM**
(MBTHT) Men's Basic Tee
Ivy



**MF605 - EMPTY PINT**
(MBTBC) Men's Basic Tee
Brick

**MBT $17**
Men's Basic Tee
100% Cotton Jersey
M-L-XL

MBT
M-2, L-3, XL-1
M-1, L-3, XL-2
M-2, L-2, XL-2



Project e3
evolution in CLOTHING

# STENCILS

7/16/06 - 8/15/06
8/16/06 - 9/15/06
9/16/06 - 10/15/06
10/16/06 - 11/15/06



**MF606 - SKULL STENCIL**
(MBTSMK) Men's Basic Tee
Smoke



**MF607 - PANTHER STENCIL**
(MBTHB) Men's Basic Tee
Harbor



**MF608 - TIGER STENCIL**
(MBTHT) Men's Basic Tee
Ivy



**MF609 - INDIAN STENCIL**
(MBTBC) Men's Basic Tee
Brick

**MBT $17**
Men's Basic Tee
100% Cotton
M-L-XL

MBT
M-2, L-3, XL-1
M-1, L-3, XL-2
M-2, L-2, XL-2



Project e4
evolution in CLOTHING

# RETRO LOGOS

**EMBELLISHED WITH HAND GRINDING & BURNOUT**

7/16/06 - 8/15/06
8/16/06 - 9/15/06
9/16/06 - 10/15/06
10/16/06 - 11/15/06



**MF616 - EUROSTAR**
(MBRCF) Men's Burn-out Ringer Coffee



**MF617 - WASHINGTON ELECTRIC**
(MBRHB) Men's Burn-out Ringer Harbor



**MF618 - BROOKLYN IRON**
(MBRCH) Men's Burn-out Ringer Charcoal

**MBR $25**
Men's Burn-out Ringer
65% Cotton/35% Polyester
M-L-XL

MBR PRE-PACK ONLY
M-2, L-2, XL-2


Project e5 — evolution in clothing

# MILITARY BADGES
### EMBELLISHED W/ HAND EMBROIDERY & GRINDING

8/16/06 - 9/15/06
9/16/06 - 10/15/06
10/16/06 - 11/15/06

*All Garments Pigment-Dyed*



**MF627 - TONKIN GULF**
(METHWL) Men's Embroidered Thermal
Willow



**MF628 - AIR VIETNAM**
(METHCRN) Men's Embroidered Thermal
Corn



**MF629 - CAMBODIAN SURF**
(METHVN) Men's Embroidered Thermal
Vanilla

**METH $32**
Men's Embroidered Thermal
100% Cotton
M-L-XL

METH
Pre-Pack Only
M-2, L-2, XL-2


Project e6
evolution in CLOTHING

# V-NECK SWEATER

### EMBELLISHED W/ GRINDING & HAND EMBROIDERY

8/16/06 - 9/15/06
9/16/06 - 10/15/06
10/16/06 - 11/15/06
*All Garments Specialty Washed*



**MF687 - V-NECK SWEATER**
(MVSRD) Red



**MF688 - V-NECK SWEATER**
(MVSGR) Green



**MF689 - V-NECK SWEATER**
(MVSTQ) Turquoise

**MVS $42**
Men's V-Neck Sweater
100% Cotton
M-L-XL

MVS
Pre-Pack Only
M-2, L-2, XL-2



Project e7
evolution in clothing