







**MBPS $32**

Men's Embellished Tee
100% Cotton
M-L-XL

MBPS
Pre-Pack Only
M-1, L-3, XL-2

EXHIBIT P
Page 10

**MLBT $26**

*Men's L/S Raglan*
*100% Cotton*
*M-L-XL*

*MLBT*
*Pre-Pack Only*
*M-2, L-2, XL-2*

# OXFORD SHIRT

## EMBELLISHED W/ GRINDING & HAND EMBROIDERY

9/16/06 - 10/15/06
10/16/06 - 11/15/06

All Garments Specialty Washed

**MF680 - GRINDED OXFORD**
(MOXVSHD) Vintage Shadow Blue

**MF681 - GRINDED OXFORD**
(MOXVBG) Vintage Bubble Gum

**MF682 - GRINDED OXFORD**
(MOXVPE) Vintage Pine

**MOX $37**
Men's Oxford Shirt
100% Cotton
M-L-XL

MOX
Pre-Pack Only
M-2, L-2, XL-2

Project e 10
evolution in clothing



MILITARY PULLOVER HOODIE
EMBELLISHED W/ GRINDING & MACHINE EMBROIDERY
9/16/06 - 10/15/06
10/16/06 - 11/15/06
All Garments Specialty Washed
PE-316
MF660 -PHOENIX PULLOVER
(MMPHVTC) Vintage Terra Cotta
MF661 - PHOENIX PULLOVER
(MMPHVKL) Vintage Kohl
PE-318
MF662 - PHOENIX PULLOVER
(MMPHVSPR) Vintage Spruce

**MMPH $55**

*Men's French Terry Pull Over Hoodie*

*100% Cotton*

*MMPH*

*Pre-Pack Only*

*M-2, L-2, XL-2*

PROJECT E
VINTAGE

EXHIBIT P
Page 13

MILITARY PULLOVER
HOODIE
PE-318

# ORDERING INFORMATION

## Terms

*All orders are subject to credit approval. All first time orders will be shipped C.O.D. certified funds. Company checks can be approved with a current bank reference. Net 30 days can be established after the first order with an acceptable rating from Dun & Bradstreet and a completed Project E credit application. Any account without satisfactory credit approval will be shipped C.O.D. certified or prepaid. Delinquent accounts will be charged 1.5 percent interest per month.*

## Ordering and Minimums

*All orders are subject to approval from Project E. Minimum order is 36 pieces – six pieces per design, per color, and per style.*

## Shipping

*F.O.B. Atlanta, Georgia. All orders will be shipped UPS Ground unless otherwise requested and approved by Project E. Customer pays all freight charges for all shipments.*

## International Shipping

*All international shipments will be charged an additional $25 handling fee for each purchase order.*

## Returns and Cancellations

*Project E must be notified within 48 hours of receipt of goods and any damaged or defective merchandise, or any other claim. Any merchandise that is to be returned to Project E must have a return authorization number (RA#) issued by Project E. RA# must be clearly visible on the returned cartons(s). Credit will be issued upon receipt and inspection of the goods. Unauthorized return will be refused. Any cancellation of an acknowledged Purchase Order must be given to Project E in writing.*

## Copyright

*All illustrations and designs are the exclusive property of, and are under copyright by Project E. Any use of these designs, either in whole or part, without the express consent of Project E is prohibited.*

## Vendor Disclaimer

*Specialty dyeing creates unique patterns and subtle shade differences in each garment. Embrace the imperfections. The holes, streaks and spots are intended to create the vintage look. These characteristics in no way reflect damage or errors in manufacturing.*

Call Toll Free: 800.218.9069
Fax Number: 404.347.9354

Project e
evolution in clothing

**Sales Representatives**

**West Coast**

**East Coast**