# EXHIBIT Q



### Terms
All orders are subject to credit approval. All first time orders will be shipped C.O.D. certified funds. Company checks can be approved with a current bank reference. Net 30 days can be established after the first order with an acceptable rating from Dun & Bradstreet & a completed Project E credit application. Any account without satisfactory credit approval will be shipped C.O.D. certified or prepaid. Delinquent accounts will be charged 1.5 percent interest per month.

### Ordering & Minimums
All orders are subject to approval from Project E. Minimum order is 30 pieces – six pieces per design, per color, & per style.

### Shipping
F.O.B. Atlanta, Georgia. All orders will be shipped UPS Ground unless otherwise requested & approved by Project E. Customer pays all freight charges for all shipments.

### International Shipping
All international shipments will be charged an additional $25 handling fee for each purchase order.

### Returns & Cancellations
Project E must be notified within 48 hours of receipt of goods & any damaged or defective merchandise, or any other claim. Any merchandise that is to be returned to Project E must have a return authorization number (RA#) issued by Project E. RA# must be clearly visible on the returned cartons(s). Credit will be issued upon receipt & inspection of the goods. Unauthorized return will be refused. Any cancellation of an acknowledged Purchase Order must be given to Project E in writing.

### Copyright
All illustrations & designs are the exclusive property of, & are under copyright by Project E. Any use of these designs, either in whole or part, without the express consent of Project E is prohibited.

### Vendor Disclaimer
Specialty dyeing creates unique patterns & subtle shade differences in each garment. Embrace the imperfections. The holes, streaks & spots are intended to create the vintage look. These characteristics in no way reflect damage or errors in manufacturing.

## Call Toll Free: 800.218.9069
## Fax Number: 404.347.9354



Sales Representatives

West Coast                                                          East Coast

# SAY HELLO TO MY LITTLE STRIPES

## EMBELLISHED WITH HAND EMBROIDERY



**MS780 - JERSEY STRIPED POCKET POLO**
(MSPP-VPWD) Jersey Striped Pocket Polo
Vtg. Powder

**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

*All Garments Specialty Dyed*



**MS781 - JERSEY STRIPED POCKET POLO**
(MSPP-VPG) Jersey Striped Pocket Polo
Vtg. Pigeon



**MS782 - JERSEY STRIPED POCKET POLO**
(MSPP-VSPR) Jersey Striped Pocket Polo
Vtg. Spruce

**MSPP $35**
Men's S/S Jersey Striped Polo
100% Cotton Jersey
M-L-XL

*MSPP Pre-Pack Only M-2, L-2, XL-2*



Project e
evolution in clothing

1

# THE POLO "ONE MORE TIME"

**EMBELLISHED WITH HAND EMBROIDERY**

**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

*All Garments Specialty Dyed*

**MS790 - DECONSTRUCTED POLO**
(MEP-VPWD) Deconstructed Polo
Vtg. Powder

**MS791 - DECONSTRUCTED POLO**
(MEP-VGV) Deconstructed Polo
Vtg. Guava

**MS792 - DECONSTRUCTED POLO**
(MEP-VGT) Deconstructed Polo
Vtg. Green Tea

**MS793 - DECONSTRUCTED POLO**
(MEP-VPN) Deconstructed Polo
Vtg. Pineapple

**MS794 - DECONSTRUCTED POLO**
(MEP-WH) Deconstructed Polo
White

**MEP $28**
Men's S/S Deconstructed Polo
100% Cotton Pique
M-L-XL

*MEP Pre-Pack Only M-2, L-2, XL-2*



2

# IT'S A CLASSIC

**EMBELLISHED WITH HAND EMBROIDERY**

**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

*All Garments Specialty Dyed*

**MS760 - CLASSIC PIQUE VEST**
(MCPV-VPG) - Vtg. Pigeon

**MS761 - CLASSIC PIQUE VEST**
(MCPV-VSK) - Vtg. Sky

**MCPV $28**
Men's Pique Vest
100% Cotton Pique
M-L-XL

*MCPV Pre-Pack Only M-2, L-2, XL-2*



3

# MY FAVORITE OXFORD

**EMBELLISHED WITH HAND EMBROIDERY AND PAISLEY PLACKET**

**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

**MS766 - WOVEN PAISLEY OXFORD**
(MOX-LM) - Lime

**MS767 - WOVEN PAISLEY OXFORD**
(MOX-WH) - White

*All Garments Specialty Dyed*

**MS768 - WOVEN PAISLEY OXFORD**
(MOX-PWD) - POWDER

**MS769 - WOVEN PAISLEY OXFORD**
(MOX-MY) - Mystic

**MOX $37**
Men's L/S Oxford Woven
100% Cotton
M-L-XL.

MOX
Pre-Pack Only
M-2, L-2, XL-2



Project e4
evolution in clothing

# THE WANDERERS

**EMBELLISHED WITH BROWN STITCHING**



**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07





**MS730 - TREE WANDERER**
(MVTB-GT) Grinded V-Neck Tee
Green Tea

**MS731 - FENCE WANDERER**
(MVTB-PN) Grinded V-Neck Tee
Pineapple





**MS732 - BRIDGE WANDERER**
(MVTB-SHB) Grinded V-Neck Tee
Shore Blue

**MS733 - RAILROAD WANDERER**
(MVTB-SW) Grinded V-Neck Tee
Sidewalk

**MVTB $20**
S/S Grinded V-Neck Tee W/
Brown Stitching
100% Cotton Jersey
M-L-XL

*MVTB Pre-Pack Only M-2, L-2, XL-2*


Project e5 — evolution in clothing

# UNITED PEOPLE
## EMBELLISHED WITH HARBOR BLUE STITCHING



**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07



**MS726 - UNITED PEOPLE-CHANGE**
(MPTH-STM) Pocket Tee
Storm

**MS727 - UNITED PEOPLE-FREEDOM**
(MPTH-PG) Pocket Tee
Pigeon





**MS728 - UNITED PEOPLE-REVOLUTION**
(MPTH-CU) Pocket Tee
Curry

**MS729 - UNITED PEOPLE-INTOLERANCE**
(MPTH-AO) Pocket Tee
Aloe

**MPTH $20**
Men's S/S Pocket Tee
100% Cotton Jersey
M-L-XL

MPTH
M-2, L-2, XL-2


Project e6
evolution in clothing