# OUTLAW POKER



**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07



### MS711 - GUTSHOT STRAIGHT
(MBT-RV) Basic Tee
River

### MS712 - DEAD MAN'S HAND
(MBT-THD) Basic Tee
Thunder





### MS713 - GENTLEMEN'S SHOWDOWN
(MBT-PWT) Basic Tee
Pewter

### MS714 - LUCK OF THE DRAW
(MBT-AO) Basic Tee
Aloe

**MBT $17**
S/S Basic Tee
100% Cotton Jersey
M, L, XL

MBT
M-1, L-3, XL-2
M-2, L-3, XL-1
M-2, L-2, XL-2



EXHIBIT Q
Page 10

## YOU SAY YOU WANT A REVOLUTION

### EMBELLISHED WITH GRINDING & HAND EMBROIDERY





**Delivery Dates**
3/16/07 - 4/15/07
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07



**MS720 - DISARM**
(MVTB-GT) V-Neck Tee
*Green Tea*

**MS721 - VICTORY FOR PEACE**
(MVTB-PN) V-Neck Tee
*Pineapple*





**MS722 - DROP WAR**
(MVTB-SHB) V-Neck Tee
*Shore Blue*

**MS723 - STOP VIOLENCE**
(MVTB-SW) V-Neck Tee
*Sidewalk*

**MVTB $20**
S/S Grinded V-Neck Tee W/
Brown Stitching
100% Cotton Jersey
M-L-XL

*MVBT
Pre-Pack Only
M-2, L-2, XL-2*



# REMEMBER THE 70'S

## EMBELLISHED WITH HARBOR BLUE STITCHING AND HAND EMBROIDERY



**Delivery Dates**
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07



**MS786 - ARGYLE POCKET POLO**
(MPPH-OWH) V-Neck Tee
Off White

**MS787 - ARGYLE POCKET POLO**
(MPPH-PWD) V-Neck Tee
Powder Blue





**MS788 - ARGYLE POCKET POLO**
(MPPH-PG) V-Neck Tee
Pigeon

**MS789 - ARGYLE POCKET POLO**
(MPPH-AO) V-Neck Tee
Aloe

## MPPH $32
Jersey Pocket Polo
100% Cotton Jersey
M-L-XL

*MPPH
M-2, L-2 XL-2*



Project e⁹
evolution in CLOTHING

EXHIBIT Q
Page 12

# RIVINGTON BUTTON DOWN

## EMBELLISHED WITH MACHINE AND HAND EMBROIDERY

### Delivery Dates
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

**MS797 - RIVINGTON FLORAL**
(MRLS-SHB) Long Sleeve Button Shirt
Shore Blue

**MS798 - RIVINGTON FLORAL**
(MRLS-PN) Long Sleeve Button Shirt
Pineapple

LINED CUFF PLACKET

*All Garments Specialty Dyed*

**MS799 - RIVINGTON FLORAL**
(MRLS-SW) Long Sleeve Button Shirt
Sidewalk

# MRLS $38
Men's L/S Button Shirt
100% Cotton Jersey
M-L-XL

*MRLS Pre-Pack Only M-2, L-2, XL-2*



Projecte
EVOLUTION IN CLOTHING

10

EXHIBIT Q
Page 13

# RIVINGTON POLO

## EMBELLISHED WITH FLORAL STENCIL AND HAND EMBROIDERY



**Delivery Dates**
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

*All Garments Specialty Dyed*



**MS770 - RIVINGTON POLO**
*(MREP-BKRV) Rivington Deconstructed Polo BKW River*

**MS771 - RIVINGTON POLO**
*(MREP-BKPG) Rivington Deconstructed Polo BKW Pigeon*



**MS772 - RIVINGTON POLO**
*(MREP-BKIG) Rivington Deconstructed Polo BKW Iguana*

# MREP $32

**Men's S/S Deconstructed Polo**
**100% Cotton Pique**
**M-L-XL**

*MREP*
*Pre-Pack Only*
*M-2, L-2, XL-2*



Project e
evolution in CLOTHING

11

EXHIBIT Q
Page 14

# BAD ASS MEXICAN

## EMBELLISHED WITH FLORAL STENCIL, BROWN STITCHING, AND HAND EMBROIDERY

**Delivery Dates**
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07

*All Garments Specialty Dyed*



**MS777 - EMILIANO ZAPATA-RIVINGTON**
*(MRVT-BKSB) Grinded Rivington V-Neck Tee
BKW Slate Blue*



**MS778 - EMILIANO ZAPATA-RIVINGTON**
*(MRVT-BKMO) Grinded Rivington V-Neck Tee
BKW Moss*



**MS779 - EMILIANO ZAPATA-RIVINGTON**
*(MRVT-BKCF) Grinded Rivington V-Neck Tee
BKW Coffee*

**MRVT $34**
S/S Grinded V-Neck Tee
100% Cotton
M-L-XL

*MRVT
Pre-Pack Only
M-2, L-2, XL-2*



12

EXHIBIT Q
Page 15

EXHIBIT Q
Page 16

## PE THRIFT

### EMBELLISHED WITH HARBOR BLUE STITCHING



**Delivery Dates**
4/16/07 - 5/15/07
5/16/07 - 6/15/07
6/16/07 - 7/15/07



**MS701 - MOTOR CITY**
(MBT-RV) Basic Tee
River

**MS702 - FREE WHEELERS**
(MBT-THD) Basic Tee
Thunder





**MS703 - BRONX CLASSIC**
(MBT-PWT) Basic Tee
Pewter

**MS704 - CALIFORNIA SURFING**
(MBT-AO) Basic Tee
Aloe

**MBT $17**
S/S Basic Tee
100% Cotton Jersey
M-L-XL

MBT
M-1, L-3, XL-2
M-2, L-3, XL-1
M-2, L-2, XL-2


13