# EXHIBIT R

ROBERT A. PETERSON
ATTORNEY AT LAW

384 FOREST AVENUE, SUITE 12
LAGUNA BEACH, CALIFORNIA 92651
TELEPHONE 949-376-6500
FAX 949-376-6522
Email: bob@rpetersonlaw.com

June 11, 2007

BY FEDERAL EXPRESS

Robert N. Phillips
Howrey LLP
525 Market Street, Ste. 3600
San Francisco, CA 94105-2708

Re: Project E v. The Gap

Dear Rob:

I enclose copies of the following Project E catalogues:

- Men's Spring 2004
- Men's Fall 2004
- Men's Spring 2005
- Men's Fall 2005
- Men's Holiday 2005
- Men's Spring 2006
- Men's Fall 2006
- Men's Holiday 2006
- Men's Spring/Summer 2007
- Men's Fall 2007

- Women's Summer 2004
- Women's Fall 2004
- Women's Holiday 2004
- Women's Spring 2005
- Women's Fall 2005
- Women's Holiday 2005
- Women's Spring 2006
- Women's Fall 2006

- Women's Holiday 2006
- Women's Spring/Summer 2007
- Women's Fall 2007

I also enclose a summary of sales of XX products.

Sincerely,

Robert A. Peterson

enclosures
cc: Michael Hecht (by email)

Crossing Jordan
ELLE
Buffy
Lucky
marie claire

Project e
evolution in clothing
SPRING 2004
MEN'S CATALOG

Projecte
Fall 2005

EXHIBIT R
Page 9

Project
e