



EXHIBIT R
Page 12

short





