

EXHIBIT R
Page 16









EXHIBIT R
Page 20