





EXHIBIT R
Page 23

