# EXHIBIT S

store listings



*And at the following boutiques and specialty stores:*

| CHOOSE ONE |

ALABAMA

116 North College Street
Auburn, Al. 36830
706-320-9070

1130 University Blvd.
Tuscaloosa, Al. 35401

110 Eastchase Way
Montgomery, Al. 35430

ARIZONA

8600 East Rockcliff Road
Tucson, AZ 85750
(520) 749-7750

history



Since Michael and Gina Hecht founded Atlanta-based Project E ten years ago, the company has evolved from being a small mom and pop T-shirt operation into a hugely successful line of fashion forward knit tops. With nothing more than $5000, solid retail backgrounds, and a lot of drive, the husband and wife team began manufacturing and selling basic screen printed shirts.

Basic shirts only got them so far though, and it didn't take the couple long to realize that women desired a more flattering fit than a standard men's tee. So they refocused their efforts, took the company in a savvier direction, and found their niche in the young contemporary market.

Project E has now become a favorite among fashionistas, stylists, and celebrities. The stylish tops frequently appear in national magazines, popular sitcoms, movies, award shows, music videos, and on rock stars.

Project E is a true fashion pioneer. Back in 1997, they first popularized kitschy Middle America on their campy Vintage Americana line. The timeless, if not hokey, designs are inspired from billboards, restaurants, stores, and signs. Mike refers to the line as the company's "bread and butter".

By combining hot elements with witty logos and original designs, Project E is always introducing new lines to consistently provide their customers with the most cutting edge look.

Michael manages the sales and finance, while Gina heads the creative design and development team. Meticulous about fit, Project E strives to produce innovative, body-conscious, flattering tops. "We want to create that old, favorite, soft, comfortable shirt that you throw on," comments Hecht. "As long as we can continue to design a line of tops and influence a trend, then that is a huge payoff for the months of design and production. It's a great feeling," says Hecht. "We still get a kick out of seeing someone wearing our shirts. While the sales are great, we are driven by acceptance and validation- just knowing that you have created something that someone likes and wants to wear."

Latest News





- In the new movie "Fast Track" look for Zach Braff wearing Project E's **King's Pub, Vegas Classic and Cherokee Iron Work's** men's t-shirts throughout the movie.

- Look for Hugh Laurie (who is up for "Best Actor"-Emmy) wearing Project E's men's t-shirts on the first two premiere episodes of Fox's 5-time, Emmy nominated "House" which start airing September 13, 2005.

Awards






2003 CosmoGIRL! Fashion "Kiss of Approval"
Award Winner Best Sleeveless Tee
**Does This Make Me Look Famous?**
Deconstructed Muscle Tee (in Dark Grey)



**window shopping**

**Project e**

Available nationwide at these department stores:

Bloomingdale's

Barney's new york

*And at the following boutiques and specialty stores:*

| CHOOSE ONE |

**ALABAMA**

The Buzz
116 North College Street
Auburn, Al. 36830
706-320-9070

The Buzz
1130 University Blvd.
Tuscaloosa, Al. 35401

The Buzz
110 Eastchase Way
Montgomery, Al. 35430

**ARIZONA**

Showcase at Cowan Ranch
8600 East Rockcliff Road
Tucson, AZ 85750
(520) 749-7750

ARKANSAS
Tulips
5817 Kavanaugh Boulevard
Little Rock, AR 72207
(501) 614-7343

CALIFORNIA
25
1219-B Main Street
St. Helena, CA 94574
(707) 963-0495

Ambiance
1764 W. Bullard
Fresno, CA 93711
(559) 432-7887

Animal House
66 Windward Avenue
Venice, CA 90291
(310) 392-5411

Atomic Trading Company
1036 Garnet Avenue
Pacific Beach, CA 92109
(858) 272-8822

Beachy Keen
1038 Hermosa Avenue
Hermosa Beach, CA 90254
(310) 376-4416

Bittersweet
2535 Sycamore Canyon Road
Montecito, CA 93108
(805) 969-4992

Blue Lagoon
1129 Soquel Avenue
Santa Cruz, CA 95062
(831) 469-4253

Blue Window
5276 E. 2nd Street
Long Beach, CA 90803
(562) 434-7195

Body Options (main office)
2108 Chestnut Street
San Francisco, CA 94123
(415) 921-7857
10 Locations in N. Cal. Area

### Charlie Dover
432-B East 17th Street
Costa Mesa, CA 92627
(949) 646-7506

### Clothzmine
20000 Ventura Boulevard
Woodland Hills, CA 91364
(818) 999-0991

### Boardwalk
240 South Coast Highway
Laguna Beach, CA 92651
(949) 494-8212

### Clipsone
6165 Greenwich Drive
Suite 240
San Diego, CA 92122
(858) 458-5003

### Dari Michele
451 N. Beverly Drive
Beverly Hills, CA 90210
(310) 279-1956

### Dajas
18676-C Ventura Blvd.
Tarzana, CA 91356

### Planet
2401 W. 208th Street
Suite #4
Torrance, CA 90501
(310) 224-1900

### Emporium
619 First Street
Benicia, CA 94510
(707) 745-4375

### Florence
9025 Florence Avenue
Downey, CA 90240
(562) 904-8188

### Fred Segal
8118 Melrose Avenue
Los Angeles, CA 90046
(323) 655-3734

### Fred Segal Fun
500 Broadway #G

Santa Monica, CA 90401
(310) 394-9814

### Getting Dressed
2993 East Thousand Oaks Boulevard
Thousand Oaks, CA 91362
(805) 496-3226

### Girl Boy Girl
Mission & 7th Avenue
Carmel, CA 93921
(831) 626-3368

### Girl/Girl
809 Santa Cruz Avenue
Menlo Park, CA 94025
(650) 327-3304

### Helen & Louise
1804 Canal Street
Merced, CA 95340
(209) 722-1454

### Ivy Greene
1020 Swarthmore Avenue
Pacific Palisades, CA 90272
(310) 230-0301

### J. Rothschild
8333 Clairemont Mesa Boulevard
Suite 111
San Diego, CA 92111
(858) 571-0517

### Jade
1128 Pacific Avenue
Santa Cruz, CA 95062
(831) 425-3305

### Jenni B
106 E. Lime Avenue
Monrovia, CA 91016
(626) 256-4992

### Kerin
215 S. Brea Boulevard
Brea, CA 92821
(714) 674-0700

### Kelwali
321 Pier Avenue
Hermosa Beach, CA 90254
(310) 374-1400

store listings

### Kreations
931 West 5th Street
Chico, CA 95928
(530) 892-8116

### Leopard Lounge
458 South Palm Canyon Drive
Palm Springs, CA 92262
(760) 416-4164

### Let's Go
7863 Girard Avenue
LaJolla, CA 92037
(858) 459-2337

### Lisa Kline
136 South Robertson Boulevard
Los Angeles, CA 90048
(310) 246-0907

### Lorielle
315 First #214
Encinitas, CA 92024
(760) 942-3008

### M. Fredric (main office)
28024 Dorothy Drive
Agoura Hills, CA 91301
(818) 597-0212
7 Locations in S. Cal.
(see website www.mfredric.com)

### Mabels
136 South Cedros
Solana Beach, CA 92075
(858) 794-0066

### Mammoth Mountain Ski Area
(main office)
#2 Minaret Road
Mammoth Lakes, CA 93546
(760) 934-2571
3 Premiere Shops:
Mountain Shop
Canyon Sports
McCoy Sports

### Mandarine
1000 Manhattan Avenue
Manhattan Beach, CA 90266
(310) 379-9955

### Market
11620 Barrington Court
Brentwood, CA 90049