Northgate Center
1830 Forsythe Avenue
Monroe, LA 71201
(318) 388-2680

**Maple Street Clothing**
7732 Maple Street
New Orleans, LA 70118
(504) 865-9625

**Posh Unique Boutique**
4410 Highland Road, #A-6
Baton Rouge, LA 70808
(225) 757-0300

**Shoe Nami**
3319 Severn Avenue
Metairie, LA 70002
(504) 885-0805

**The Clothes Line**
2111 Justice Street
Monroe, LA 71201
(318) 362-1313

**Vertigo**
257 Lee Drive, Suite O
Baton Rouge, LA 70808
(225) 761-1170

MAINE

**The Village Emporium**
14 Cottage Street
Bar Harbor, ME 04609
(207) 288-9584

MARYLAND

**Ragamuffin**
2401 Philadelphia Avenue
Ocean City, MD 21842
(410) 289-3311

**Twisted Twig**
110 North Market Street
Fredrick, MD 21701
(240) 379-7770

MASSACHUSETTS

**Black Orchid Jewelry**

150 Main Street
North Hampton, MA 01060
(413) 584-6900

Bartu
40 Circuit Avenue
Oak Bluffs, MA 02557
(508) 693-5222

Faces of the Earth
175 Main Street
North Hampton, MA 01060
(413) 584-4081

Gatsby's
25 Railroad Street
Great Barrington, MA 01230
(413) 528-9455

Imagine
50 Winchester Street
Newton, MA 02461
(617) 332-0772

Jasmine
329 Newbury Street
Boston, MA 02115
(617) 437-8465

Massida
595 Main Street
Hyannis, MA 02601
(508) 771-2114

Newbury Comics
5 Guest Street
Brighton, MA 02135
(617) 254-1666

Pennsylvania Company
330 Reservoir Street
Needham Heights, MA 02494
(781) 433-7433

Showcase @ Canyon Ranch
165 Kemble Street
Lenox, MA 01240
(413) 637-4400

store listings

**Walk This Way**
2 Union Street
Vineyard Haven, MA 02568
(508) 693-7333


**MICHIGAN**

**Bivouac**
336 South State Street
Ann Arbor, MI 48104
(734) 761-6207


**Country Casuals**
311 East Mitchell
Petrosky, MI 49770
(231) 347-6501


**Ella's Vintage Clothing**
157 East Front Street
Traverse City, MI 49684
(231) 947-9401


**Excelsior**
23900 Woodward Avenue
Pleasant Ridge, MI 48069
(248) 547-5333


**Guys & Gals**
6333 Orchard Lake Road
West Bloomfield, MI 48322
(248) 851-1260


**It's The Ritz**
193 West Maple Road
Birmingham, MI 48006
(248) 642-5353


**Paradise**
19 West 8th Street
Holland, MI 49423
(616) 392-8902


**Luv Boutique**
1033 Mason
Dearborn, MI 48124
(313) 359-0467


**Paper Doll**
17 Squires Street
Rockford, MI 49341
(616) 866-1634

Neiman's
6889 Orchard Lake Road
West Bloomfield, MI 48322
(248) 626-4333

The Crib
4127 Manitou Trail North
Leland, MI 49654
(231) 256-9404

MINNESOTA

Heartbreaker
2941 Hennepin Avenue South
Minneapolis, MN 55408
(612) 822-2892
&
5647 Manitou Road
Tanka Bay, MN 55331

Len Druskin
3445 Galleria
Edina, MN 55435
(952) 927-7923

MISSOURI

Laurie Solet
8228 N. Forsyth Boulevard
St. Louis, MO 63105
(314) 727-7467

In Between
1628 East Republic Road
Springfield, MO 65804
(417) 849-6339

Shackles
205 East Main
Linn, MO 65051
(573) 897-4211

Splash
1631 Clarkson Road
Chesterfield, MO 63017
(636) 532-8085

MISSISSIPPI

Grassy Creations
122 Courthouse Square
Oxford, MS 38655

(662) 236-5969

NEBRASKA
Eden
1102 Howard Street
Omaha, NE 68102
(402) 345-9633

Togs
7637 Pacific Street
Omaha, NE 68114
(402) 391-8335

NEVADA
Detour
Fashion Show Mall
3200 Las Vegas Boulevard
Las Vegas, NV 89109
(702) 894-5030

DK Body Balancing
7915 West Sahara Avenue #101
Las Vegas, NV 89117

Hot Girls
1300 West Sunset Road, Suite 1553
Henderson, NV 89014

Rosemary's Kids
930 Tahoe Boulevard
Incline Village, NV 89450
(775) 831-7385

Sassi
9410 West Sahara #110
Las Vegas, NV 89117
(702) 804-1640

NEW HAMPSHIRE
Tonic
130 Congress Street
Portsmouth, NH 03801
(603) 430-9789

NEW JERSEY
Backward Glances
15 Monmouth
Red Bank, NJ 07701
(732) 842-9156