store listings

**Beauty**
607 B Route 35 North
LaVallete, NJ 08735
(732) 793-3382

**Dakota**
8 Church Street
Montclair, NJ 07042
(973) 655-0050

**Free Shop**
266 96th Street
Stone Harbor, NJ 08247
(609) 368-5874

**Generations**
#8 Central Square
Linwood, NJ 08221
(609) 601-2222

**Guess What's New Boutique**
32 Westwood Avenue
Westwood, NJ 07675
(201) 666-0202

**Hillary's**
50 Mount Bethel Road
Warren, NJ 07059
(908) 222-0802

**Illusion**
7809-A Atlantic Avenue
Margate, NJ 08402
(609) 822-6055

**Kids at Heart**
565 South Livingston Avenue
Livingston, NJ 07039
(973) 992-2440

**Lola's Kids and Teens**
Towne Point Center
357 Route 9 South
Manalapan, NJ 07726
(732) 972-5222

**New York Trends**
43A Broad Street
Red Bank, NJ 07701
(732) 345-8222

Nirvana
218 East Broad Street
Westfield, NJ 07090
(908) 232-5774

Smith Brothers
2050 Springdale Road, Unit #500
Cherry Hill, NJ 08003
(856) 489-2650

The Islander
811 Pelham Place
Ocean City, NJ 08226
(609) 398-3162

Urban Femme
7 Sloan Street
South Orange, NJ 07079
(973) 762-4499

Wyckoff W Shop
386 Franklin Avenue
Wycoff, NJ 07481
(201) 891-2210

NEW MEXICO

Chan Chan
136-D Paseo Norte
Taos, NM 87571
(505) 751-3450

Mira
101 West Marcy
Santa Fe, NM 87501
(505) 988-3585

Wang Dang Doodle
112 Amherst SE
Albuquerque, NM 87106
(505) 268-1808

NEW YORK

2 Rivers
360 7th Avenue
Brooklyn, NY 11215
(718) 369-4086

Basic Basic
710 Broadway

New York, NY 10003
(212) 477-5711

### Bellantoni's Boutique III
111 Bedford Road
Armonk, NY 10504
(914) 765-0077

### Believe It NYC
529 Broome Street
New York, NY 10013
(212) 334-7223

### Bewon
245 West 10th Street
New York, NY 10014
(212) 243-8590

### Big Girls
155 Katonah Avenue
Katonah, NY 10536
(914) 232-8082

### Buttermilk Blue
49 Main Street
Irvington, NY 10533
(914) 591-6277

### Camp & Campus
11 Bond Street
Great Neck, NY 11021
(516) 487-8309

### CPW
495 Amsterdam Avenue
New York, NY 10024
(212) 579-3737

### CPW Man
162 West 84th Street
New York, NY 10024
(212) 579-2144

### Daszign
644 Forest Avenue
Staten Island, NY 10310
(718) 876-5000
www.daszign.com

**Epstein's**
21 Columbus Avenue
Tuckahoe, NY 10707
(914) 961-2833

**Equinox Energy Wear**
140 East 63rd Street
New York, NY 10021
(212) 752-5360

**Flair House**
Ocean Beach
Fire Island, NY 11770
(631) 583-5025

**For Real**
1200 Lexington Avenue
New York, NY 10028
(212) 717-0393

**G.C. Williams**
1137 Madison Avenue
New York, NY 10028
(212) 396-3400

**Graffiti**
1930 Jericho Turnpike
East Northport, NY 11731
(631) 462-8767
www.graffitionline.com

**Havana Jeans**
365 Central Park Avenue
Scarsdale, NY 10583
(914) 722-9221

**Henri Bendel**
1114 Avenue of the Americas, 24th Floor
New York, NY 10036
(212) 904-7919

**Images**
8417 5th Avenue
Brooklyn, NY 11209
(718) 759-9832

**Infinity**
8285 Jerico Turnpike
Woodbury, NY 11797
(516) 367-6014

### Lester's
2411 Coney Island Avenue
Brooklyn, NY 11223
(516) 621-4391

### Lily
117 Court Street
Brooklyn, NY 11201
(718) 858-6261

### Lord of the Flies
437 East 12th Street
New York, NY 10009
(212) 843-3269

### Lordlyn
1935 Palmer
Larchmont, NY 10538
(914) 833-9273

### Lounge
593 Broadway
New York, NY 10012
(212) 226-7585

### Max & Chloe
1812 Merrick Road
Merrick, NY 11566
(516) 295-6894

### Michaels Boutique
125 Rockaway Avenue
Valley Stream, NY 11580
(516) 825-1122

### Montauk Dailies
Main Street
Montauk, NY 11954
(631) 668-6000

### Morris Bros.
2322 Broadway
New York, NY 10024
(212) 724-9000

### New Boutique Limited
17 West Strand
Kingston, NY 12401
(845) 331-4537

**Out of the Blue Clothing**
280 North Bedford Road
Mount Kisco, NY 10549
(914) 244-1792

**Panoply on Park**
50 Hudson Avenue
Peekskill, NY 10566
(914) 737-0217

**Scoop** (main office)
532 Broadway
New York, NY 10012
(212) 327-1795
4 Locations (call for addresses):
Scoop SoHo
Scoop East VT
Scoop Long Island
Scoop West Village

**Something Else**
2051 86th Street
Brooklyn, NY 11214
(718) 372-1900

**Sou' Baby**
300 West Genesse Street
Syracuse, NY 13202
(315) 471-1710

**Wish**
141 Main Street
Stony Brook, NY 11790
(631) 941-2719

NORTH CAROLINA

**Annawear**
355 Main Street
Highlands, NC 28741
(828) 526-4660

**Civilian**
6908-C Phillips Place Court
Charlotte, NC 28210
(704) 551-4107

**Curious Goods**
3010 Hillsborough Street
Raleigh, NC 27607
(919) 834-8628

**Night Gallery**
University Mall
Chapel Hill, NC 27514
(919) 929-5755

**Urban Evolution**
1500 Central Avenue
Charlotte, NC 28205
(704) 332-8644

OHIO

**Juniper**
9 East High Street
Oxford, OH 45056
(513) 523-2022

**Lush Boutique**
Legacy Village
24349 Cedar Road
Lyndhurst, OH 44124
(216) 381-3888

**Maggie and Me**
111 North Court Street
Circleville, OH 43113
(740) 474-1155

**Pomegranate**
1257 Grandview Avenue
Grandview, OH 43212
(614) 488-2080

OKLAHOMA

**Allyson's Closet**
12325 North May #113
Oklahoma City, OK 73120
(405) 755-0356

**Sassafras**
204 W. Main
Purcel, OK 73080
(405) 527-7279

**The Arts & Co**
117 South Bickford
El Rino, OK 73036
(405) 262-0228

**The Clothesline**
706 South Broadway
Marlow, OK 73055
(580) 658-7311