The Rage
#12 B Street NW
Ardmore, OK 73401
(580) 226-2816

Vera & Bird
607 South Main
Stillwater, OK 74074
(405) 372-8372

Westies
2150 West Memorial Road #100
Oklahoma City, OK 73134
(405) 302-5150
&
10600 South Penn #14
Oklahoma City, OK 73170

OREGON

Pacific
211 Oak
Hood River, OR 97031
(541) 386-2050

Local Joe
929 NW Wall Street
Bend, OR 97701
(541) 385-7137

Papillon rouge on main
214 E Main St
Medford, OR 97501
(541) 779-1435

PENNSYLVANIA

Appalachian Outdoors
130 East College Avenue
State College, PA 16801
(814) 234-8080

Blink
136 West Gay
West Chester, PA 19380
(610) 431-2212

Charles Porter
212 Market Street
Philadelphia, PA 19106
(215) 923-9681

Eyelet
327 South Street
Philadelphia, PA 19127

Kit N' Kaboodle
Dreshertown Plaza
1650 Limekiln Pike
Dresher, PA 19025
(215) 628-8604

Leehe Fai
4343 Main Street
Philadelphia, PA 19127
(215) 483-4400

Linda's Loft
1649 The Fairway
Baederwood Shopping Ctr.
Jenkintown, PA 19046
(215) 881-2252


RHODE ISLAND

Bonnie & Clyde
231 Water Street
Block Island, RI 02807
(401) 466-8633

Cabbage Rose
493 Thames Street
Newport, RI 02840
(401) 846-7006

Feminine Fancies
290 Country Road
Barrington, RI 02806
(401) 247-1087

Velvet Crush
33 Broad Street
Westerly, RI 02891
(401) 348-0525


SOUTH CAROLINA

Cameron Bress
9652 North Kings Highway
Myrtle Beach, SC 29572
(843) 692-0220


SOUTH DAKOTA

Global Market
617 Main
Rapid City, SD 57701
(605) 343-4051


TENNESSEE

Charches

store listings

213 East Main Street
Sevierville, TN 37865
(865) 908-9500

**Lansky/126**
Located in the Lobby of the Peabody Hotel
149 Union Avenue
Memphis, TN 38103
(901) 405-7625
www.lansky126.com


TEXAS
**Animal Crackers**
1900 Preston Road #260
Plano, TX 75093
(972) 867-4802

**Annie Goodwin**
5013 Broadway
San Antonio, TX 78209
(210) 930-7770

**Arabella's**
114 East Louisiana
McKinney, TX 75069
(972) 562-0607

**Bar-S Ranch**
2916 Highway 75, Suite 900
Sherman, TX 75090
(903) 868-4496

**Buffalo Girls**
307 Avenue F
Del Rio, TX 78840
(830) 768-4837

**Casa Loco**
2639-A Elm Street
Dallas, TX 75226
(214) 748-5626

**Casa Thomas**
1210 12th Street
Huntsville, TX 77340
(936) 291-0752

**Chatelaine**
418 Peoples #302
Corpus Christi, TX 78401
(361) 888-5717

**Cotton Island**
6601 Hillcrest Street B
Dallas, TX 75205

(214) 373-1085

### Cotton Island
1900 Preston Road, Suite 258
Plano, TX 75093

### Crickets
302-B University Avenue
San Marcos, TX 78666
(512) 353-1038

### Croft's Original
1101 West Lynn
Austin, TX 78703
(512) 472-4028

### Deja Vu
3302 Quaker #1
Lubbock, TX 79410
(806) 799-6845

### D Eric's
2623 North Stanton
El Paso, TX 79902
(915) 544-2165

### Emeralds
624 North Lamar
Austin, TX 78703
(512) 385-3300

### Eye Candy
446 Oak Street
Graham, TX 76450
(940) 521-9500

### Goosebumps
4252-A South Alameda
Corpus Christi, TX 78412
(361) 980-1388

### Gossip
1712 South Congress Avenue
Austin, TX 78704
(512) 443-1188

### Hippie Chics
346 South Main Street
Boerne, TX 78006
(830) 249-8095

### Houston Street Boutique
208 Houston Street
Cedar Hill, TX 75104

(972) 293-6683

Isis
2805 Padre Boulevard
South Padre, TX 78597
(956) 761-4090

Jay Shop
209 West Main
Palestine, TX 75801
(903) 729-2214

Jean Connection
5964 W. Northwest Highway
Dallas, TX 75225
(214) 691-7894

M&R Mrs. Jones
116 South Main
Albany, TX 76430
(915) 762-2522

Panache
3149 Highway 6 South
Sugarland, TX 77478
(281) 277-2707

Roots
306 East Main Street
Fredericksburg, TX 78624
(830) 997-1844

Tattered and Torn
14015 Ranch Rd 12 #1
Wimberly, TX 78676

The Plum
2220 Post Office Street
Galveston, TX 77550
(409) 762-8300

Theme Designs
2101 West Wadley #39
Midland, TX 79705
(915) 683-1699

Vit Jour
701 Capitol of Texas Highway, Suite B-245
Austin, TX 78746
(512) 329-8334


UTAH
Downtown
511 Main Street

store listings

Park City, UT
(435) 649-1256

JMR Chalk Garden
149 West 200 South
Salt Lake City, UT 84101
(801) 355-8199

VIRGINIA
Madisonbelle
5 LOUDOUN ST, S.E.
LEESBURG, VA 20175
(703) 443-1790

Need Supply
304-A Cary Street W
Richmond, VA 23220
(804) 648-1336

WASHINGTON
Daisy Bloom
5 Front Street
Friday Harbor, WA 98250
(360) 370-5180

Lemon Meringue
10002 Aurora Ave N
#36, PMB 3335
Seattle, WA 98133
(206) 297-6071

Redline
608 3rd Street NE
Puyallup, WA 98372
(253) 376-1167

WISCONSIN
BOP
931 East Main Street, Room 11
Madison, WI 53703
(608) 255-2570

Marjorie
2583 North Downer Avenue
Milwaukee, WI 53211
(414) 961-8202

Miss Groove
1225 East Brady Street
Milwaukee, WI 53202
(414) 298-9185

The Pink Cake

store listings

524 Oneida
Minocqua, WI 54548
(715) 356-1778

Urban Evolutions
867 Valley Road
Menasha, WI 54952
(920) 380-4149

Wisconsin Trader
725T Woodlake Road
Kohler, WI 53044
(920) 457-8000