# EXHIBIT U

Project e
Histore
Press
Gallere
events
Retailers
CLICK HERE
FOR
FEATURED RETAILER OF THE MONTH
CAREERS
CONTACTS
TRADE SHOWS
"Project e" and the "XX" logo are trademarks of Project e. All Rights Reserved. Any use or reproduction of the name or logo is strictly prohibited.

# HISTORe

Since it was founded 15 years ago by Michael and Gina Hecht, Project e has evolved from being a small mom and pop t-shirt operation into a very successful line of clothing for men and women. With nothing more than $5,000, solid retail backgrounds, and a lot of ambition, the husband and wife team began manufacturing and selling basic screen printed tees.

It didn't take the couple long to realize that the basic standard men's tee would not meet a woman's desire for a more flattering fit. So, they refocused their efforts to take the company in a more savvy direction. This new path is what ultimately helped them find their niche in the contemporary market.

True fashion pioneers, Michael and Gina were the first to popularize kitschy Middle America with their campy Vintage Americana line. The line was introduced back in 1997 and was made up of timeless, often hokey designs inspired by billboards, restaurants, stores, and roadside signs. Michael fondly reflects on the line as their first hit, "It was the one that really put us on the road to success."

Another trend the duo created was in rebellion to the return of the "70's Preppy look." Gina's double X-ray vision in innovative style enabled her to design the 'anti-preppy' polo with a vintage distressed faded look and feel. By utilizing a "XX" where the traditional logo would be, Project e was able to create another revolution in their evolution. The "XX" has now become the signature of Project e.

Project e continues to gain notoriety and has become a favorite among fashionistas, stylists and celebrities. The stylish clothing frequently appears in national magazines, popular sitcoms, movies, award shows, music videos, and on many rock stars.

The couple attributes the success of Project e to their drive to bridge the gap between gender, generation and size by offering everyday people an edge without attitude in their everyday clothing.

Michael manages the sales and finances, while Gina heads the creative design and development team. Meticulous about fit, fabric and quality, Project e strives to produce innovative style-conscious clothing. "We want to create that old, favorite, soft, comfortable shirt you can throw on and immediately feel good wearing." says Michael. "It's a huge reward for the many months of design and production to be able to design something that influences a trend." Gina adds, "We always enjoy seeing someone wearing our shirts," Michael concludes, "While the sales are very good, we are motivated by the acceptance and validation we get knowing we have actually created something someone likes and wants to wear".

"Project e" and the "XX" logo are trademarks of Project e. All Rights Reserved. Any use or reproduction of the name or logo is strictly prohibited.

http://www.projecteclothing.com/press.html

•NV •NY •OH •OK •OR •PA •RI •SC •SD •TN •TX •UT •VA •VT •WA •WI •WV •WY
California Retailers
Agoura Hills
M. Fredric
Anaheim Hills
Urban Junkie
Arcadia
Arte de Boutique
Bakersfield
Christine's
Lolo's
Balboa Island
Just Basics
Beverly Hills
NATION WIDE
INTERNATIONAL
ONLINE
CLICK HERE
FOR
FEATURED RETAILER OF THE MONTH
CAREERS
CONTACTS
TRADE SHOWS
"Project e" and the "XX" logo are trademarks of Project e. All Rights Reserved. Any use or reproduction of the name or logo is strictly prohibited.

http://www.projecteclothing.com/retailers.html

EXHIBIT U
Page 5

Project e
Histore
Press
Gallere
events
Retailers
CONTACTS
LOS ANGELES/DALLAS
Work In Progress
127 East 9th St.
Ste. 1210
Los Angeles, CA. 90015
Phone: 213.627.8851
Fax: 213.627.8852
Contact: Michael Cohen
michael@cohenshowroom.com
Contact: Jonna Werts
jonna@cohenshowroom.com
NEW YORK
Work Shop Showroom
250 W. 39th St.
Ste. 303
New York, NY. 10018
Phone: 212.382.1969
Fax: 212.382.1960
Contact: Ainsley Cohen
ainsley@cohenshowroom.com
Contact: Tami Baruch
tami@cohenshowroom.com
ATLANTA/MIAMI
CX2 Fashion Sales
1966 N.E. 123rd St.
#PMB 106
North Miami, FL. 33181
Phone: 305.892.3577
Fax: 305.892.3580
Contact: Carlos Marin
cx2@bellsouth.net
EUROPEAN DISTRIBUTOR
Whiskey & Soda S.r.l.
Via Ausa 49
47852 Cerasolo Ausa Criano (RN)
Italy
Phone: 39.0541.729287
Fax: 39.0541.729621
Contact: Cosimo Racco
Contact: Inna Gerchikov
info@whiskeyandsoda.com
PROJECT e
743 Lambert Drive N.E.
Atlanta, GA. 30324
Questions may be directed to:
info@projecteclothing.com
Press requests directed to:
marketing@projecteclothing.com
CAREERS
CONTACTS
TRADE SHOWS
"Project e" and the "XX" logo are trademarks of Project e. All Rights Reserved. Any use or reproduction of the name or logo is strictly prohibited.

http://www.projecteclothing.com/contacts.html

EXHIBIT U
Page 6