| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
|   | Lisa S. Buccino (SBN 205266) |
| 2 | HOWREY LLP |
|   | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
|   | T: (415) 848-4900 |
| 4 | F: (415) 848-4999 |
| 5 | Attorneys for Defendants |
|   | THE GAP, INC. and OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., a corporation, | Case No. C 07-2280 (CRB) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO SECONDARY MEANING AND SUMMARY JUDGMENT OF NON-INFRINGEMENT** |
| v. | |
| THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, | Date: December 28, 2007<br>Time: 8:30 a.m.<br>Place: Court Room 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |
| Defendants. | |

HOWREY LLP

Case No. C 07-2280 (CRB)
[Proposed] Order Granting Defendants' Motion
Summary Judgment of Non-Infringement
DM_US:20882144_1

1

Pursuant to The Gap's Motion for Partial Summary Judgment of No Secondary Meaning and Summary Judgment of Non-Infringement, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's trademark rights, if any, are limited to two side-by-side cross-stitched Xs in the left breast area of a top.

**IT IS HEREBY ORDERED** that the accused Gap items do not infringe under fair use doctrine.

**IT IS SO ORDERED**.

Date: _____, 2007

The Honorable Charles R. Breyer

Case No. C 07-2280 (CRB)   1
[Proposed] Order Granting Defendants' Motion
Summary Judgment of Non-Infringement
DM_US:20882144_1

HOWREY LLP