# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.:** C-07-02280 CRB (JCS)     **TIME:** 4 h, 15 m

**CASE NAME:** *Project E v. The Gap, Inc., et al.*

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **CLERK:** Mary Macudzinski-Gomez

**DATE:** November 28, 2007     **COURT REPORTER:** not reported

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**

Robert A. Peterson     Robert N. Phillips

## PROCEEDINGS

- [X] SETTLEMENT CONFERENCE
- [ ] FURTHER SETTLEMENT CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] STATUS CONFERENCE RE: _____
- [ ] TELEPHONIC CONFERENCE RE: _____
- [ ] OTHER _____

CASE CONTINUED TO: _____ FOR _____

**NOTES:**

A Settlement Conference was held; the case did not settle. The Court (JCS) will schedule a Further Settlement Conference.