1  Robert N. Phillips (SBN 120970)
   Lisa S. Buccino (SNB 205266)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   T:  (415) 848-4900
4  F:  (415) 848-4999

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 PROJECT E, INC. a corporation,            Case No. C 07-2280 (HRL)

            Plaintiff,                       **STIPULATION REGARDING REQUEST TO**
12                                           **CONTINUE CASE MANAGEMENT**
       v.                                    **CONFERENCE**
13
   THE GAP, INC., a corporation, and OLD
14 NAVY, LLC, a limited liability company,

15          Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28
     Case No. C 07-2280 (HRL)                          STIPULATION RE CONTINUANCE OF CMC

1  Plaintiff Project E, Inc. and defendants The Gap Inc. and Old Navy, LLC participated in
2  a settlement conference before Magistrate Spero on November 29, 2007.  The parties have
3  agreed to continue with settlement negotiations, and return to Magistrate Spero for a further
4  settlement conference in 45 days if they are unable to finalize an agreement.  In the meantime,
5  the parties respectfully request a 60 day continuance of the case management conference
6  currently scheduled for December 7, 2007.

Dated: November 30, 2007

By: /s/ Robert A. Peterson
Robert A. Peterson

Attorney for Plaintiff
PROJECT E, INC.

HOWREY LLP

By: /s/ Robert N. Phillips
Robert N. Phillips

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

### ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

- 1 -

Case No. C 07-2280 (HRL)                    STIPULATION RE CONTINUANCE OF CMC

DM_US:20888348_1