1  Robert N. Phillips (SBN 120970)
   Lisa S. Buccino (SBN 205266)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   T: (415) 848-4900
4  F: (415) 848-4999

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
11 PROJECT E, INC., a corporation,              Case No. C 07-2280 (CRB)

12         Plaintiff,                            **NOTICE CONTINUING DEFENDANTS'
                                                 MOTION FOR PARTIAL SUMMARY
13                                               JUDGMENT OF NO SECONDARY
       v.                                        MEANING AND SUMMARY
14                                               JUDGMENT OF NON-INFRINGEMENT**

15 THE GAP, INC., a corporation, and OLD NAVY,
   LLC, a limited liability company,
16
17         Defendants.

18

19 **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

20     Please take notice that on February 29, 2008 in the courtroom of the Honorable Charles R.

21 Breyer, Defendants The Gap, Inc. and Old Navy, LLC, will move for summary judgment of no

22 secondary meaning and of non-infringement. Defendants' papers in support of this motion were filed

23 on November 21, 2007 and the hearing was originally noticed for December 28, 2007. Defendants

24 stipulate that Plaintiff's Opposition will not be due until February 8, 2008.

25

26

27

28 Case No. C 07-2280 (CRB)
   DEFENDANTS' NOTICE CONTINUING
HOWREY SUMMARY JUDGMENT HEARING DATE
   LLP

   DM_US:20893974_1

| | | |
|---|---|---|
| 1 | Dated: December 3, 2007 | HOWREY LLP |
| 2 | | |
| 3 | | By:  /s/ Robert N. Phillips<br>Robert N. Phillips<br>Lisa S. Buccino |
| 4 | | |
| 5 | | Attorneys for Defendants<br>THE GAP, INC. and OLD NAVY, LLC |

Case No. C 07-2280 (CRB)  -2-
DEFENDANTS' NOTICE CONTINUING
SUMMARY JUDGMENT HEARING DATE

HOWREY
LLP

DM_US:20893974_1