Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SNB 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
T:  (415) 848-4900
F:  (415) 848-4999

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PROJECT E, INC. a corporation, | Case No. C 07-2280 (HRL) |
|---|---|
| Plaintiff, | **STIPULATION REGARDING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, | |
| Defendant. | |

DM_US:20888348_1

1    Plaintiff Project E, Inc. and defendants The Gap Inc. and Old Navy, LLC participated in

2   a settlement conference before Magistrate Spero on November 29, 2007.  The parties have

3   agreed to continue with settlement negotiations, and return to Magistrate Spero for a further

4   settlement conference in 45 days if they are unable to finalize an agreement.  In the meantime,

5   the parties respectfully request a 60 day continuance of the case management conference

6   currently scheduled for December 7, 2007.

7           **Case management conference rescheduled to February 15, 2008 at 8:30 a.m..**

8   Dated: November 30, 2007                    By:  _/s/ Robert A. Peterson_____
                                                 Robert A. Peterson

9                                                Attorney for Plaintiff
                                                 PROJECT E, INC.
10

11                                               HOWREY LLP

12
                                                 By:  __/s/ Robert N. Phillips_____
13                                               Robert N. Phillips

14                                               Attorneys for Defendants
                                                 THE GAP, INC. and OLD NAVY, LLC
15

16

17           **ATTESTATION AS TO CONCURRENCE**

18           I, Robert N. Phillips, under penalty of perjury of the laws of the United States of

19   America, attest that concurrence in the filing of this document has been obtained from each of

20   the other signatories to this document.

21                                               ___/s/ Robert N. Phillips_____

22                                                   Robert N. Phillips

23

24

25                                               December 3, 2007

26

27

28
                                        - 1 -