**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT E, INC., | No. C-07-02280 CRB JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO CONTACT COURT** |
| THE GAP, INC., ET AL., | |
| Defendant(s). | |

TO COUNSEL OF RECORD FOR PLAINTIFF, ROBERT PETERSON:

You are hereby ORDERED to telephone the undersigned immediately upon receipt of this order at (415) 522-3691.

IT IS SO ORDERED.

Dated: January 14, 2008

JOSEPH C. SPERO
United States Magistrate Judge