1    Robert N. Phillips (SBN 120970)
     Lisa S. Buccino (SNB 205266)
2    HOWREY LLP
     525 Market Street, Suite 3600
3    San Francisco, CA  94105
     T:  (415) 848-4900
4    F:  (415) 848-4999

5    Attorneys for Defendants
     THE GAP, INC. and OLD NAVY, LLC
6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   PROJECT E, INC. a corporation,          Case No. C 07-2280 (HRL)

12              Plaintiff,                    **STIPULATION REGARDING REQUEST TO
                                             FURTHER CONTINUE CASE
                                             MANAGEMENT CONFERENCE**
13         v.

14   THE GAP, INC., a corporation, and OLD
     NAVY, LLC, a limited liability company,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Project E, Inc. and defendants The Gap Inc. and Old Navy, LLC hereby

2  respectfully request a further 30 day continuance of the case management conference currently

3  scheduled for February 15, 2008.  The parties are nearly finished completing a settlement

4  agreement, and need additional time to complete the documentation and file the dismissal.

5

6  Dated: February 14, 2008                    By:  /s/ Robert A. Peterson
                                                    Robert A. Peterson

7                                               Attorney for Plaintiff
8                                               PROJECT E, INC.

9                                               HOWREY LLP

10

11                                              By:  /s/ Robert N. Phillips
                                                    Robert N. Phillips

12                                              Attorneys for Defendants
                                                THE GAP, INC. and OLD NAVY, LLC

13

14

15              **ATTESTATION AS TO CONCURRENCE**

16    I, Robert N. Phillips, under penalty of perjury of the laws of the United States of

17  America, attest that concurrence in the filing of this document has been obtained from each of

18  the other signatories to this document.

19                                                /s/ Robert N. Phillips
20                                                  Robert N. Phillips

21

22

23

24

25

26

27

28

- 1 -