1  Robert N. Phillips (SBN 120970)
   Lisa S. Buccino (SBN 205266)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   T: (415) 848-4900
4  F: (415) 848-4999

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 PROJECT E, INC., a corporation,                Case No. C 07-2280 (CRB)

12              Plaintiff,                        **NOTICE FURTHER CONTINUING
                                                  DEFENDANTS' MOTION FOR
13                                                PARTIAL SUMMARY JUDGMENT OF
         v.                                       NO SECONDARY MEANING AND
14                                                SUMMARY JUDGMENT OF NON-
                                                  INFRINGEMENT**
15 THE GAP, INC., a corporation, and OLD NAVY,
   LLC, a limited liability company,
16
                Defendants.
17

18

19 **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

20       Please take notice that on March 14, 2008 in the courtroom of the Honorable Charles R.

21 Breyer, Defendants The Gap, Inc. and Old Navy, LLC, will move for summary judgment of no

22 secondary meaning and of non-infringement. Defendants' papers in support of this motion were filed

23 on November 21, 2007 and the hearing was originally noticed for December 28, 2007. Defendants

24 stipulate that Plaintiff's Opposition will not be due until February 22, 2008.

25

26

27

28 Case No. C 07-2280 (CRB)
   DEFENDANTS' NOTICE CONTINUING
   SUMMARY JUDGMENT HEARING DATE

HOWREY
LLP

DM_US:21018434_1

| | | |
|---|---|---|
| 1 | Dated: February 14, 2008 | HOWREY LLP |
| 2 | | |
| 3 | | By:  /s/ Robert N. Phillips<br>Robert N. Phillips<br>Lisa S. Buccino |
| 4 | | |
| 5 | | Attorneys for Defendants<br>THE GAP, INC. and OLD NAVY, LLC |

Case No. C 07-2280 (CRB)                          -2-
DEFENDANTS' NOTICE CONTINUING
SUMMARY JUDGMENT HEARING DATE

HOWREY LLP

DM_US:21018434_1