1  Robert N. Phillips (SBN 120970)
   Lisa S. Buccino (SNB 205266)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   T: (415) 848-4900
4  F: (415) 848-4999

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | PROJECT E, INC. a corporation,                | Case No. C 07-2280 (HRL)
12 |        Plaintiff,                             | **STIPULATION REGARDING REQUEST TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE**
13 |     v.                                        |
14 | THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, |
15 |        Defendant.                             |

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-2280 (HRL)                                STIPULATION RE CONTINUANCE OF CMC

DM_US:21018187_1

1  Plaintiff Project E, Inc. and defendants The Gap Inc. and Old Navy, LLC hereby
2  respectfully request a further 30 day continuance of the case management conference currently
3  scheduled for February 15, 2008. The parties are nearly finished completing a settlement
4  agreement, and need additional time to complete the documentation and file the dismissal.

Dated: February 14, 2008

By: */s/ Robert A. Peterson*
Robert A. Peterson

Attorney for Plaintiff
PROJECT E, INC.

HOWREY LLP

By: */s/ Robert N. Phillips*
Robert N. Phillips

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

### ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

*/s/ Robert N. Phillips*
Robert N. Phillips

Case management conference schedule for March 21, 2008 at 10:00 a.m.

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -