1 | Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SBN 205266)
2 | HOWREY LLP
525 Market Street, Suite 3600
3 | San Francisco, CA 94105
T: (415) 848-4900
4 | F: (415) 848-4999

5 | Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

6

7

UNITED STATES DISTRICT COURT
8

NORTHERN DISTRICT OF CALIFORNIA
9

10

PROJECT E, INC., a corporation,                    Case No. C 07-2280 (CRB)
11

12          Plaintiff,                              **NOTICE FURTHER CONTINUING
                                                    DEFENDANTS' MOTION FOR
13                                                  PARTIAL SUMMARY JUDGMENT OF
                                                    NO SECONDARY MEANING AND
14          v.                                      SUMMARY JUDGMENT OF NON-
                                                    INFRINGEMENT**
15 | THE GAP, INC., a corporation, and OLD NAVY,
LLC, a limited liability company,
16

17          Defendants.

18

19 | **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**
                                        21
20      Please take notice that on March ~~14~~, 2008 in the courtroom of the Honorable Charles R.

21 | Breyer, Defendants The Gap, Inc. and Old Navy, LLC, will move for summary judgment of no

22 | secondary meaning and of non-infringement. Defendants' papers in support of this motion were filed

23 | on November 21, 2007 and the hearing was originally noticed for December 28, 2007. Defendants

24 | stipulate that Plaintiff's Opposition will not be due until February 22, 2008.

25

26

27

28 | Case No. C 07-2280 (CRB)
DEFENDANTS' NOTICE CONTINUING
**HOWREY**
**LLP** | SUMMARY JUDGMENT HEARING DATE

DM_US:21018434_1

1  Dated: February 14, 2008                    HOWREY LLP

2                                               By:  /s/ Robert N. Phillips
3                                               Robert N. Phillips
                                                Lisa S. Buccino
4
                                                Attorneys for Defendants
5                                               THE GAP, INC. and OLD NAVY, LLC

6

7                         IT IS SO ORDERED

8

9                         Judge Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Case No. C 07-2280 (CRB)                    -2-
    DEFENDANTS' NOTICE CONTINUING
    SUMMARY JUDGMENT HEARING DATE

    DM_US:21018434_1