1  Robert N. Phillips (SBN 120970)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, CA 94105
3  T: (415) 848-4900
   F: (415) 848-4999
4
   Attorneys for Defendants
5  THE GAP, INC. and OLD NAVY, LLC

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PROJECT E, INC. a corporation,         Case No. C 07-2280 (HRL)

              Plaintiff,                  **NOTICE OF SETTLEMENT**
12
       v.
13
   THE GAP, INC., a corporation, and OLD
14 NAVY, LLC, a limited liability company,

15            Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-2280 (HRL)                                    NOTICE OF SETTLEMENT

DM_US:21091032_1

1  Plaintiff PROJECT E, INC. and Defendants THE GAP, INC and OLD NAVY, LLC
2  jointly report to the Court that they have reached a settlement in this action and request that the
3  Case Management Conference and summary judgment hearing scheduled for Friday March 21,
4  2008 be vacated.  The parties are in the process of signing the settlement agreement and expect
5  to file a Stipulation of Dismissal within the next week.

Dated: March 18, 2008

By: */s/ Robert A. Peterson*
Robert A. Peterson

Attorney for Plaintiff
PROJECT E, INC.

HOWREY LLP

By: */s/ Robert N. Phillips*
Robert N. Phillips

Attorneys for Defendants
THE GAP, INC. and OLD NAVY, LLC

### **ATTESTATION AS TO CONCURRENCE**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

*/s/ Robert N. Phillips*
Robert N. Phillips

- 1 -