1  Robert N. Phillips (SBN 120970)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, CA 94105
3  Tel: (415) 848-4900
   Fax: (415) 848-4999
4  phillipsr@howrey.com

5  Attorneys for Defendants
   THE GAP, INC. and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PROJECT E, INC., a corporation, | Case No. C 07-2280 (CRB) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |
| v. | |
| THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, | |
| Defendants. | |

Plaintiff PROJECT E, INC., and Defendants THE GAP, INC. and OLD NAVY, LLC, through their counsel hereby stipulate that this entire action shall be dismissed with prejudice.

Dated: April 24, 2008

By: /s/ Robert N. Phillips
Robert N. Phillips
HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

Attorney for Defendants
THE GAP, INC. and OLD NAVY, LLC

Case No. C 07-2280 (CRB)
STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE

1

DM_US:21185420_1

|     |     |
| --- | --- |
| 1   |     |
| 2   | By: __/s/ Robert Peterson__ |
|     | Robert Peterson |
| 3   | 1451 Glenneyre Street |
|     | Laguna Beach, CA 92651 |
| 4   | Tel: (949) 376-6500 |
|     | Fax: (949) 376-6522 |
| 5   | bob@rpetersonlaw.com |
| 6   | Attorney for Plaintiff |
|     | PROJECT E, INC. |

## ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

_/s/ Robert N. Phillips_
Robert N. Phillips

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____

_____
JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Case No. C 07-2280 (CRB)
STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE

-2-

HOWREY LLP

DM_US:21185420_1