```
 1  Robert N. Phillips (SBN 120970)
    HOWREY LLP
 2  525 Market Street, Suite 3600
    San Francisco, CA 94105
 3  Tel: (415) 848-4900
    Fax: (415) 848-4999
 4  phillipsr@howrey.com

 5  Attorneys for Defendants
    THE GAP, INC. and OLD NAVY, LLC
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PROJECT E, INC., a corporation, | Case No. C 07-2280 (CRB) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |
| v. | |
| THE GAP, INC., a corporation, and OLD NAVY, LLC, a limited liability company, | |
| Defendants. | |

Plaintiff PROJECT E, INC., and Defendants THE GAP, INC. and OLD NAVY, LLC, through their counsel hereby stipulate that this entire action shall be dismissed with prejudice.

Dated: April 24, 2008          By: ___/s/ Robert N. Phillips___
                                   Robert N. Phillips
                                   HOWREY, LLP
                                   525 Market Street, Suite 3600
                                   San Francisco, CA 94105
                                   Tel: (415) 848-4900
                                   Fax: (415) 848-4999

                                   Attorney for Defendants
                                   THE GAP, INC. and OLD NAVY, LLC

By: /s/ Robert Peterson
Robert Peterson
1451 Glenneyre Street
Laguna Beach, CA 92651
Tel: (949) 376-6500
Fax: (949) 376-6522
bob@rpetersonlaw.com

Attorney for Plaintiff
PROJECT E, INC.

### ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 25, 2008

JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California)*